FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

X FILED          LODGED
___ RECEIVED    Page 1 of 83
                 COPY

JUL 3 1 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## District of Arizona

IN THE COUNTY OF MARICOPA IN THE REPUBLICAN STATE OF ARIZONA

| | |
|---|---|
| Girmar Anwar:Bey[1,2] | Case No.: **CV 12-1637-PXH-NVW** |
| In propria persona, homo sui juris[1,2] Affiant/Claimant | 1. Breach of UCC 3419 2.Fraud, 3.Forgery, 4.Breach of Contract, 5. Breach of PUHSD policy, 6. Violation of Human and Indigenous Peoples Rights, 7. Violation of Civil Rights and the Rights of the Child, 8. Deprivation of Rights under colorable law, 9. Conspiracy to Deprive Rights, 10. Deceptive Business practices, 11-13:Genocide: social, economic, and political, 14-27. Aiding and abetting offenses 1-13, 28.Conspiracy to deprive Right under colorable law, 29-56. Conspiracy to commit offenses 1-27. |
| vs. | |
| PHOENIX UNION HIGH SCHOOL DISTRICT, KENT SCRIBNER, SCOTT GAYMAN, CONSUELO NAVA, JERALEE SOUSA, ALVIN WATSON, JUVANAL LOPEZ; | |
| Herein, PUHSD ET AL_____ | |
| Defendants, | |
| | My tentative assignment for this complaint is: |

Trial: By a jury of Anwar's National peers
Date: The week of 10/15/2012 or 12/20/2012-12/23/2012
Time: 10:30 AM
Venue: UNITED STATES DISTRICT COURT, District of Arizona, Maricopa County, Phoenix
Presiding: Roslyn O. Silver or any "Judge of bonifide delegated authority[3]."

---

[1] See Exhibit Affidavit of Nationality and Birthright Claim, herein known as "Anwar"

[2] "And be it further enacted. That no summons, writ, declaration, return, process, judgment, or other proceedings in civil cases in any of the courts or the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects or want of form in such writ, declaration, or other pleading, returns process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any, time, permit either of the parties to amend any defect in the process of pleadings upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe (a)" Judiciary Act of September 24, 1789, Section 342, FIRST CONGRESS, Sess. 1, ch. 20, 1789.

[3] With all due deference to "the court" et al, Anwar is fully aware and comprehend the following and make no assumptions, no supposition, nor misconstruing's regarding who and how Judges function/work/serve within the American Judicial System. Therefore for clarity sake, and WITH LOVE IN MY HEART, that be it known that let these words be not injurious, but received in knowing Anwar's honest concerns, ab injuria: "A judge ceases to set as a judicial officer because the governing principals of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments and rationale for that of the agency. Additionally, courts are prohibited from their substituting their judgments for that of the agency." AISI v US, 568 F2d 284. "When acting to enforce a statute, the judge of the municipal court is acting an administrative officer and not as a judicial capacity; courts in administrating or enforcing statutes do not act judicially. but, merely administerially." Thompson v Smith. 155 Va. 376. 154 SE 583, 71 ALR 604. "It is the accepted rule, but not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; San Christina, etc. Co. v. San Francisco (1914), 167 Cal. 762, 141 P. 384.   Anwar, with the utmost deference to the corporate status that some officers of the court function under, referencing the above and HJR 192 73rd Congress m session June 5, 1933 and the Emergency Banking Act, March 9, 1933, 48 Stat. 1,Public Law 89-719; (the bankruptcy of the united states and its de facto, NOT DE JURE, NOR IPSO JURE, Governance (A SOCIALIST democratic governance restructuring SYSTEM) under the Emergency War Powers Act, states for the record, "ATTN: All Clerks of the Court, coram non judice, ALL Judges, ALL Magistrates, Attorneys & et al, here forth into eternity are known to be trustees/public servants, who hold "court/tribunal et al" and sit "the bench," who Anwar (Executor/Director/Beneficiary)special appears with, is presented to, is introduced to, is/was legally or illegally forced (TDC)appears before thereof in said court/ court of law/court in law/ tribunal et al, they, the above public trustee officials, MUST by Executive Director order, have a clear and accurate certified copy of the front side and backside their Congress derived "Delegation of Authority Order" and a certified copy of the (trustee's)Judge's Loyalty Oath from the Secretary of State office to be presented to Anwar upon introduction et al. of the parties. Furthermore, ALL individuals (Trustees/Public Servants) whom are in court are hereby obligated, by Executive Director Order, to properly identify themselves: Nom de plume, Nom de guerre, address de domicile, title/office held, and relationship to the matter at hand, BAR number, Bond number, and Bond Agent etc." This august body is on Notice, with the utmost deference, that Anwar's creator endowed Rights, supported by constitutions, international laws, Treaties, Codes,

**AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE**
צֶדֶק (Justice) , ש חופ‏ש (Freedom) , שלום (Peace) , אמת (Truth) , אֲהַב (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

TABLE OF CONTENT

1. TITLE page 1

2. TABLE OF CONTENT pages 2-3

3. INTRODUCTION pages 4-7

4. INSTRUCTION TO THE COURT pages 7-10

5. DEFINATIONS pages 11-19

6. BACKGROUND SUMMARY OF ARGUMENT pages 19-20

7. UNDISPUTED UNCONTESTED FACTS pages 20-22

8. A FORTIORI RESTATEMENT OF THE FACTS IN NEGITIVE AVERMENT PAGES 22-33

9. CONCLUSION OF RESTATEMENT OF THE FACTS page 34-36

10. LAWS BROKEN FROM THE ABOVE ACTIONS pages 36-41

11. REMEDY AN OPPORTUNITY TO CURE PAGES 41-43

12. CONCLUSION page 43-46

13. EXHIBITS pages 47-XXX

   a. Affidavit of Nationality and Birthright Claim PAGES 47-56

   b. Affidavit of Historical Understanding PAGES 57-71

   c. Affidavit of Pedigree PAGES 72-76

      1. Copy of US census reports (as an attachment)

   d. Affidavit of Facts and Damages Jung Eun Kim "Jacqueline Relyea" PAGES 77-79

   e. FEE FOR SERVICES RENDERED OR "FEE SCHEDULE" PAGES 80-82

   f. Copy of Amendment Presentment PAGES 83-105 (AS an ATTACHMENT)

      1. Copy of Notice of Default and Dishonor PAGES 106-108 (AS an ATTACHMENT)

      2. Copy of Certificate of Default and Dishonor PAGE 109 (AS an ATTACHMENT)

   g. Copy of Letter from Juvanal Lopez PAGE 110 (AS an ATTACHMENT)

   h. Copy of May 3, 2011 evaluation PAGE 111 (AS an ATTACHMENT)

   i. Copy of May 9, 2012 evaluation PAGE 112 (AS an ATTACHMENT)

   i. Copy of Work hour sheet PAGE 113 (AS an ATTACHMENT)

Statutes, Policies, and Procedures will Not be deprived or conspired to be deprived thereof by use of Colorable Laws 18 USC 241, 242, &
AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צדק (Justice) , ש פור ח (Freedom) , שלום (Peace) , אמת (Truth) , אהבה (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all
times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

j. Copy of Previous evaluations PAGES 114-125 (AS an ATTACHMENT)

k. Copy of EEOC application PAGES 126-128 (AS an ATTACHMENT)

l. Copy of Reply to Districts Response PAGES 129-140 (AS an ATTACHMENT)

m. Copy of Letter of Recommendation from Assistant Superintendent PAGES 141(AS an ATTACHMENT)

n. Copy of MASTER'S DEGREES PAGES 142-143 (AS an ATTACHMENT)

o. Copy of UNDERGRADUATE DEGREE PAGES 144 (AS an ATTACHMENT)

p. Copy of Moroccan Peace and Friendship Treaty PAGES 145-168 (AS an ATTACHMENT)

q. COPY OF DECLARATION OF HUMAN RIGHTS PAGES 169-170(AS an ATTACHMENT)

r. COPY OF DECLARATION OF THE RIGHTS OF INDIGENOUS PEOPLES PAGES 171-198 (AS an ATTACHMENT)

s. COPY OF DECLARATION OF THE RIGHTS OF THE CHILD PAGES 199-200 (AS an ATTACHMENT)

t. COPY OF CONVENTION ON THE RIGHTS OF THE CHILD PAGES 201-209 (AS an ATTACHMENT)

u. Mailing Receipts PAGES 210-217 (AS an ATTACHMENT)

v. Copy of Organic Constitution for the united states of America PAGES 218-234(AS an ATTACHMENT)

w. COPY OF HJR 192 CONGRESSION RECORD FOR JUNE 1933 PAGES 235-236 (AS an ATTACHMENT)

x. COPY OF RECENT CITY PROCLAMATION PAGES 237-238

y. COPY OF WORLD CITIZENSHIP AND WORLD PASSPORT PAGES 239-240

Z. Organic Act of 1871 PAGES 241-252

aa. Districts response to Anwar's initial complaint PAGES 253-255

14. JURATA WITH NOTARY SIGNATURE AND SEAL PAGE ~258

245 2 (c)(b)(f) to with AFFIDAVIT oOF eFACTS eAND GOMPLAINT rWITH AN sOPPORTUNITY cTO tCURE due Respect.
צדק (Justice) , ש 9ף ח (Freedom) , שלום (Peace) , אמת (Truth) , אהבה (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

INTRODUCTION:

Come here ALL,

I, _Girmar Anwar:Bey[2]_ declare:

1. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify so help me Yahweh, the Most High, and attest under penalty of perjury of "the laws of the land[4]" hereunto; and that,

2. I am of sound mind, body, and soul, and am over 18 years of age and I am the party listed above-entitled action; and that

3. I am an Autochthonous Indigenous Moor[2,5], A Moslem ("Hebrew "Jewish" Moor), Moorish-American[2], descendent of, and also a, Preamble Citizen[6], "We the People," a true Citizen of the World[7] and be it noted Publically and Privately that I am other than a 14th Amendment Citizen United States Citizen[2,8,8,9,10,11,12]; and that

---

[4] The Organic Constitution for the united states, the Arizona Constitution, Supremacy clause, Moroccan Peace and Amenity Treaty (land Grant—see Arabic translation and the notes from Barclay), International Right of Indigenous Peoples, Declaration of Human Rights, Declaration of the Rights of the Child, see declaration of historical facts and Affidavit of Nationality and Birthright claim.
[5] See exhibit "Declaration of Historical Facts and Understanding."
[6] See exhibit "Affidavit of Pedigree with corresponding copies of US Census Reports"
[7] First, Africa was only a province annexed from the Moorish Empire of Carthage during the Punic Wars; currently Africa is a continent with 47 nations and America is North, Central, South and the adjoining islands, therefore it is illogical and asinine to assume one was born on two continents but not a nation therein, which would identify a Nationality.
[8] If this Court, any other court of competent bonifide jurisdiction, any individual, agency, organization &c that has/have bonifide information that can prove otherwise to support a bonifide claim/evidence that Anwar is of or within any group labeled as the above, **"I conditionally accept that offer, on proof and presentation of bonifide claim/evidence subscribed on the underside with the signature of the party that accepts full unlimited commercial liability in accordance with UCC 3419!" "He, who does not deny, admits!" "Silence is implied acceptance."**
[9] Chief Justice Taney for the Court ruled that United States citizenship was enjoyed by two classes of individuals: (1) white persons born in the United States as descendants of ''persons, who were at the time of the adoption of the Constitution recognized as citizens in the several States and [who] became also citizens of this new political body,'' the United States of America, and (2) those who, having been ''born outside the dominions of the United States,'' had migrated thereto and been naturalized therein. The States were competent, he continued, to confer state citizenship upon anyone in their midst, but they could not make the recipient of such status a citizen of the United States. The ''Negro,'' or ''African race,'' according to the Chief Justice, was ineligible to attain United States citizenship, either from a State or by virtue of birth in the United States, even as a free man descended from a Negro residing as a free man in one of the States at the date of ratification of the Constitution. 2 Congress, first in Sec. 1 of the Civil Rights Act of 1866 3 and then in the first sentence of Sec. 1 of the Fourteenth Amendment, 4 set aside the Dred Scott holding in a sentence "declaratory of existing rights, and affirmative of existing law. . . ." 5 **United States v. Wong Kim Ark, 169 U.S. 649, 688 (1898).**
[10] See exhibit "Affidavit Declaration of Historical Understanding"
[11] United States Department of State, "Citizenship of the United States Expatriation, and Protection ..."by James Brown et al 1906, page 459-460, "There are, however, numerous treaties and conventions between the various Christian countries and the Moorish Empire, by means of which citizenship in this country (America and the United States) is defined; but, as I understand, from the above-acknowledged instruction, that it is not the desire of the Department to call for a report upon such lines, I will therefore confine these remarks to general conditions existing, which may possibly be of some use in connection with the information desired. (1) Citizenship in Morocco may be said to be governed by the laws pertaining to the same in other countries, with the exception that all persons residing in Morocco (the Empire and its dominions) who cannot prove foreign citizenship or protection are considered ipso jure **as Moorish subjects.** (2 and 3) Moorish subjects lost their nationality inly by becoming naturalized in or protected by, another country having treaty relation with the Moorish Empire."
[12] The Invalidity of the 14th Amendment of the United States Constitution, Article I, Section 3 provides that: "The Senate of the United States shall be composed of two Senators from each State. And that Article V states: "No State, without its consent, shall be deprived of its equal suffrage in the Senate." In that, there were 23 States were not involved in the ratification of the 14th Amendment, which requires 3/4th of all the States in the Union, thereby nullifying it. The following State performed legislative protest of the 14th Amendment: New Jersey Legislature by Resolution of March 27, 1868, Alabama Legislature protested against being deprived of representation in the Senate of the U.S. Congress. (Alabama House Journal, 1866, pp. 210-213), Texas Legislature by Resolution on October 15, 1866 protested, Arkansas Legislature, by Resolution on December 17, 1866, protested, Georgia Legislature, by Resolution on November 1866, protested, Florida Legislature, by Resolution of December 5, 1866, protested, South Carolina Legislature by Resolution of November 27, 1866 protested, and North Carolina Legislature protested by Resolution of December 6, 1866. The following 15 States rejected the proposed 14th Amendment: Texas rejected the 14th Amendment on October 27, 1866. (House Journal 1866, pp. 578-584) Senate Journal 1866, p. 471), Georgia rejected the 14th Amendment on November 9, 1866. (House Journal 1866, p. 68; Senate Journal 1866, pp. 72.), Florida rejected the 14th Amendment on December 6, 1866. (House Journal 1866, p. 76; Senate Journal 1866, p. 8), Alabama rejected the 14th Amendment on December 7, 1866. (House Journal 1866, pp. 210-213; Senate Journal 1866, p. 183), North Carolina rejected the 14th Amendment on December 14, 1866. (House Journal 1866-1867, p. 183; Senate Journal 1866-1867, p. 138), Arkansas rejected the 14th Amendment on December 17, 1866. (House Journal 1866, pp. 288-291; Senate Journal 1866, p. 262 ), South Carolina rejected the 14th Amendment on December 20, 1866. (McPherson, Reconstruction, p. 194; Annual Encyclopedia, p. 452), Kentucky rejected the 14th Amendment on January 8, 1867. (House Journal 1867, p. 60; Senate Journal 1867, p. 62) , Virginia rejected the 14th Amendment on January 9, 1867. (House Journal 1866-1867, p. 108; Senate Journal 1866-1867, p. 101), Louisiana rejected the 14th Amendment on February 6, 1867. (McPherson, Reconstruction, p. 194; Annual Encyclopedia, p. 452) , Delaware rejected the 14th Amendment on February 7, 1867 (House Journal 1867, p. 223; Senate Journal 1867, p. 176) , Maryland rejected the 14th Amendment on March 23, 1867 (House Journal 1867, p.

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE

צדק (Justice) , שׁ פוח (Freedom) , שׁלום (Peace) , חמת (Truth) , אהבה (Love)

All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

4.  I am other than a Negro/negro/NEGRO[2], Black[2], colored[2], African[2], nor African-American ET AL variation thereunto[2,8,10] see United States v. Wong Kim Ark, 169 U.S. 649 (1898), Dred Scott v. Sandford, 60 U.S. 393 (1857); see exhibit "Affidavit of Nationality and Birthright Claim," "Affidavit of Pedigree," "Affidavit Declaration of Historical Facts," and "Declaration of the Rights of Indigenous Peoples;" and that

5.  My domicile is 5512 St. Anne in Laveen, Az, [85339]; and that,

6.  I am a Republican; and that

7.  My political allegiance is to the American Republic/ United States Republic; and that

8.  I am other than a member of an extremist organization; and that

9.  My recognition of being a Moor, is liken to any person accepting their family heritage: i.e. German-American, Italian-American, or Native Americans; and that

10.   It is prejudicial to assume, construe, misconstrue, characterize, mischaracterize, label, mislabeling, conclude, discredit or otherwise et al to equate Anwar's observance of his bonifide researched proven lineage as being other than bonifide, less one presents bonifide evidence to the contrary, in accordance with UCC 3419 and HJR 192; and that

11.   My ancestor, like myself, were/are part and particle in establishment of this country(America a/k/a/Turtle Island a/k/a/Al Moroc), and this UNITED STATES GOVERNMENT, part of "We the People," which mimicked the Iroquois Confederation, and ordained the very constitution to which supports the rights of Anwar (every American), which were violated by PUHSD ET AL, to which said Government thus represents us all in international affairs; and that

---

1141; Senate Journal 1867, p. 808), and Mississippi rejected the 14th Amendment on January 31, 1867. (McPherson, Reconstruction, p. 194), Ohio rejected the 14th Amendment on January 15, 1868 (House Journal 1868, pp. 44-50; Senate Journal 1868, pp. 33-38.), and New Jersey rejected the 14th Amendment on March 24, 1868. (Minutes of the Assembly 1868, p. 743; Senate Journal 1868, p. 356). "It should need no further citations to sustain the reposition that neither the Joint Resolution proposing he 14th Amendment nor its ratification by the required three-fourths of the States in the Union was in compliance with the requirements of Article V of the Constitution. When the mandatory provisions of the Constitution e violated, the Constitution itself strikes with nullity the Act that did violence to its provisions. Thus, the Constitution strikes with nullity the purported 14th Amendment." "Only an aroused public sentiment in favor of preserving the Constitution and our institutions and freedoms under constitutional government, and the future security of our country,

**AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE**
צדק (Justice) , חופש ש (Freedom) , שלום (Peace) , אמת (Truth) , אהבה (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

12.   The status of the descendants of the Moorish Inhabitants of Spain and Portugal on American soil is FREE WHITE PERSONS (natural men and women).  This status does not apply to the Caucasian Race, Aryan Race, or Indo-European Races under the Naturalization Act (Amended by Act. July 14, 1879), I Stat.103,c.3 See: Black's Law Dictionary (Fourth Ed. P. 797)

13.   On October 20, 1774, British-American subjects of the British Empire form the First United Stated of America perpetual Constitutions in the Thirteen Colonies called, "The Articles of Association" recognized Moors as Moors not Negroes or Black-A-Moors.  See:  Journals of the Continental Congress, 75-78.

14.   South Carolina Department of Archives and History:  SC House of Representatives Journal, 1789-90, p. xxii, 353-364, 373-374:  In Re. Sundry Free Moors.

15.   "Thus an act was passed in Massachusetts on 6th of March, 1788, forbidding any Negro not a subject of the Emperor of Morocco, or a citizen of the United States, from tarrying in the commonwealth."

16.   Circa 1933, the city of Philadelphia, Pennsylvania, recognize the Moors domiciling in America and their Moorish Titles:  El, Bey, Ali, AL, Dey, etc. See:  House Resolution No. 75 Legislative Journal (Philadelphia) May 4, 1973, page 5759.

17.   I am not an Attorney, Lawyer, Baronet, et al, I have no legal training or experience, due to given circumstances, including but not limited to, being an Indigenous Moor, I must pursuit this matter In pro per[13]; and that

18.   I will to the best of my ability convey, inform, illustrate my pleading with clarity, please take special note to the footnotes as they are convey very important information regarding the matter and will elucidate the understanding for better comprehension; and that

will break the political barrier which now prevents judicial consideration of the unconstitutionality of the 14th Amendment." Judge L.H. Perez. Therefore I additionally cannot be a United States Citizen via the 14th Amendment. **I am that I am, and that's all that I am!**
[13] The Court and all its officials should note that any change of Anwar's status will be dealt with to the FULLEST extent of the law, and that He conditionally accept ALL offers on proof and presentation of bonifide (claim) information to the contrary of Anwar's In pro per status, subscribed with the signature of the person who is accepting full unlimited commercial liability for said claim against Anwar's In pro per status. Otherwise, ALL Court Document MUST reflect this fact, or PROVE OTHERWISE!

**AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE**
צדק (Justice) , ש פוח (Freedom) , שלום (Peace) , אמת (Truth) , אהבה (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

19.    The proceeding information supports, cohobates, and will illuminate the claim that brought about this action; may the Most High, Yahweh, grant you all Love, Truth, Peace, Freedom, Justice, in finding a peaceful and amicable resolution to this matter; and that by these words Anwar does affirm, declare, swear, as THE MOST HIGH is my witness, under penalty of perjury of the Laws of the land, and in accepting full unlimited commercial liability in accordance with UCC 3419 and HJR 192, that the following is the truth to the best of my knowledge, the whole truth to the best of my knowledge and nothing but the truth according to Anwar's knowledge so help my Yah; and that


INSTRUCTION TO THE COURT

Anwar's words that are spoken/written herein he desires that it is received without malice and ill intent, ab injuria, and with the utmost just due deference to all those involved, directly or indirectly. I can ill afford to allow this august body, or any other entity, to construe or misconstrue information regarding my personage, status at law, nationality, citizenship, et al., it is not my intention alarm, dishearten or otherwise embarrass/anger et al the court or the other parties involved, it is but to inform so that there is no confusion as to who I am and what occurred. Business not personal! You all having read and understood the above court rulings and footnotes, it is my knowledge and understanding, to which I stand under in comprehension of in that Prior court rulings have determined that In pro per and Pro Se litigant, should be dealt with liberality within the courts, the following cases support my knowledge and understanding (Rule 8 (d) (1) (e)):

   a. Pleadings of the Defendant **SHALL NOT BE** dismissed for **lack of form or failure of process.** All the pleadings are as any reasonable man/woman would understand[14]:

---

[14]"And be it further enacted. That no summons, writ, declaration, return, process, judgment, or other proceedings in civil cases in any of the courts or the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects or want of form in such writ, declaration, or other pleading, returns process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any, time, permit either of the parties to amend any defect in the process of pleadings upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe "

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

(a) " Judiciary Act of September 24, 1789, Section 342, FIRST CONGRESS, Sess. 1, ch. 20, 1789;" and that,

b. "The trial judge should inform a pro se litigant of the proper procedure for the action he or she is obviously attempting to accomplish." Breck v. Ulmer, 745 P.2d 66, 75 (Alaska 1987); and that

c. "Pro Se Litigants pleadings are to be construed liberally and held to less stringent standards than lawyers" Haines v Kerner, Warden of Illinois State Penitentiary at Menard (1972); and that

d. Anwar appears in this action "In Propria Persona" and asks that his points and authorities relied upon herein, and issues raised herein, must be addressed "on the merits", Sanders v United States, 373 US 1, at 16, 17 (1963); and addressed with "clarity and particularity", McCleskey v Zant, 111 S. Ct. 1454, at 1470-71 (1991); and afforded "a full and fair" evidentiary hearing, Townsend v Sain, 372 U.S.293, at p.1 (1962). See also Pickering v Pennsylvania Railroad Co., 151 F.2d 240 (3d Cir. 1945); and that

e. "Court errs if court dismisses pro se litigant without instructions of how pleadings are deficient and how to repair pleadings." Plaskey v CIA, 953 F .2nd 25; and that

f. WILLIAM MCNEIL, PETITIONER v. UNITED STATES 113 S. Ct. 1980, 124 L. Ed. 2d 21, 61 U.S.L.W. 4468; and that

g. Haines v. Kerner, 404 U.S. 519 (1972);and Estelle v. Gamble, 429 U.S. 97, 106 (1976); and See also Maclin v. Paulson, 627 F.2d 83, 86 (CA7 1980); French v. Heyne, 547 F.2d 994, 996 (CA7 1976); and that

h. BALDWIN COUNTY WELCOME CENTER v. BROWN 466 U.S. 147, 104 S. Ct. 1723, 80 L. Ed. 2d 196, 52 U.S.L.W. 3751. Rule 8(f) provides that " pleadings shall be so construed as to do substantial justice;" and that

i. The allegations of the complaint are generally taken as true for purposes of a motion to dismiss. Cruz v. Beto, 405 U.S. 319, 322 (1972); and that

Additionally, in order for there to be a offense/crime there must be a victim, to which I attest, declare, Swear[15], and will testify under penalty of perjury that I have been victimized/damaged[16] as a result of PUHSD EI AL's offensive/criminal acts[17] against the Rights of Anwar; and that,

---

[15] As the Most High, Yahweh, is my witness.
[16] See Exhibit 2-Affidavit of Damages
[17] 1. Fraud, 2.Forgery, 3.Breach of Contract, 4. Breach of PUHSD policy, 5. Breach of Public Trust, 6. Violation of Human Rights, 7. Violation of Civil Rights, 8. Depravation of Rights under colorable law, 9. Conspiracy to Deprive Rights, 10. Deceptive Business practices, 11-13.Genocide: social, economic, and political, 14-27. Aiding and abetting offenses 1-13, 28.Conspiracy to deprive Right under colorable law, 29-56. Conspiracy to commit offenses 1-27.

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE

צדק (Justice) , חופש (Freedom) , שלום (Peace) , אמת (Truth) , אהוב (Love)

All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

1. In re I.M., 23 Cal.Rptr.3d 375, 381 (2005), "There is no requirement of independent evidence 'of every physical act constituting an element of an offense,' so long as there is some slight or prima facie showing of injury, loss, or harm by a criminal agency;"

2. People v. Ramirez, 153 Cal.Rptr. 789, 791, 91 C.A. 132; "Elements of "corpus Delicti," injury or loss or harm and a criminal agency which causes such injury, loss or harm, need only be proven by a "reasonable probability," i.e., by slight or prima facie proof…;"  and that

3. People v. Daly, 10 Cal.Rptr.2d 21, 28, 8 CA 4th 47; "Corpus delecti" of crime consists of fact of injury, loss, or harm, and existence of criminal agency as cause." and that

4. Clifford S. v. Superior Court, 45 Cal.Rptr.2d 333, 335, "Without standing, there is no actual or justiciable controversy, and courts will not entertain such cases. (3 Witlen, Cal. Procedure (3rd ed. 1985) Actions § 44, pp 70-72.)

5. (Allen v. Wright, (1984) 468 U.S. 737, 752…, "Typically, … the standing inquiry requires careful judicial examination of a complaint's allegations to ascertain whether the particular plaintiff is entitled to an adjudication of the particular claims asserted."  "Whether one has standing in a particular case generally revolved around the question whether that person has rights that may suffer some injury, actual or threatened;" and that

6. People v. Superior Court, 126 Cal.Rptr.2d 793, "As a general principal, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury;" and that

7. Frasher v. Rader, 124 Cal. 133, 56 P. 797, "Judicial power generally is the power to adjudicate upon the legal rights of persons and property, with reference to transactions or occurrences existing or already had and closed...The judicial function is to 'declare the law and define the rights of the parties under it;' and that

8. People v. Bird, 300 P. 22, 26-27, 'A determination of the rights of an individual under the existing laws' is an exercise of judicial power...An essential element of judicial power, distinguishing it from legislative power, is that it requires "the ascertainment of existing rights;" and that

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

## A. JURISDICTION COMMON LAW

The District Court of Arizona has federal-question jurisdiction over this case because Anwar's claim arise under common law federal statutes. Pursuant to 28 U.S.C. § 1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

## B. SYNOPSIS OF THE CASE

In accordance with UCC 3119, UCC 3104, UCC 3419, UCC 3501, HJR 192 et al Bonifide Presentments under Notary seal were sent to the parties for damages that PUHSD ET AL has caused to the Life, livelihood, social, and professional career of Anwar; to which there was non-response/non-performance to the bonifide Presentment. Follow-up correspondences via Notary Protest Presentment, Notice of Dishonor, in accordance with UCC 3104, UCC 3419, UCC 3503, UCC 3501 & HJR 192 et al, was sent, but they too went unanswered (non-response/non-performance), UCC 3502. Finally, a certificate of Default and Dishonor and Default Judgment was sent to PUHSD ET AL: 12 USC § 3708, ARS 47-2A501 B, & ARS 47-2A505. Anwar seeks REMEDY for the Non-response/Non-performance (12 USC § 3708, UCC 3502, ARS 47-2A505) of an Instrument/Presentment and the discriminatory offenses that were committed the root cause of  the offenses against the Rights of Anwar 18 USC 241 and 242; which includes but not limited to Fraud, 18 USC § 47-1001 & 18 USC § 1349,  Forgery, and breaking their own Policy and Procedure and conspired to cover-up their discriminatory offenses through non-response/non-performance, in the prematurely canceling/terminating or otherwise breaking Anwar's Guest Teacher Contract, and 18 USC 241 and 242. Anwar seeks Justice/Remedy, and that the parties due to their previous non-response/non-performance of the SAME information presented herein should be barred from estopple in the matter.

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

The following definitions are used as to the legal language to which Anwar is ascribing to this Affidavit of Complaint

With the above understanding of truth/standing under the above truth, and that which was presented via Affidavit; and that,

"Nemo prasens nisi inteligat" or "One is not present unless he understands"

DEFINITIONS[18]:

1. "Acceptance" means a manifestation of assent to terms of the offer made by the offeree in the manner invited or required in the offer; it is either expressed or implied. There are four ways to reply to an offer: acceptance, conditional accept [conditional], go silent [Implied], or argue [Express].

   a. "Conditional" means an engagement to pay the draft or accept the offer on the happening of a condition. A "conditional acceptance" is in effect a statement that the offeree is willing to enter into a bargain differing in some respects from that proposed in the original offer; i.e. a counter offer.

   b. "Express" means an undertaking in direct and express terms to perform the terms of a contract, pay the bill, draft etc.; an absolute acceptance.

   c. "Implied" means an undertaking to pay the draft inferred from acts of the drawee of a character which fairly warrant such an inference. In case of a bilateral contract, "acceptance" of an offer need not be expressed, but may be shown by any words or acts indicating the offeree's assent to the proposed bargain.

   d. "Qualified" means one either conditional or partial, and which introduces a variation in the sum, mode, or place of payment. In contract law, an acceptance based on a variation of the terms of the offer and hence a counter offer.

2. "Action" in the sense of a judicial proceeding includes recoupment, counterclaim, set-off, suit in equity and any other proceedings in which rights are determined

3. "Agency" means each authority of the Government of the United States, whether or not it is within or subject to review by another agency, but does not include:

---

[18] Legal Definitions are taken from the terms defined in Black's Law Dictionary, ARIZONA Revised Statute 47-3103, Administrative Procedure, Uniform Commercial Code and Contract Law, when a definition refers to a section the word was defined from Uniform Commercial Code, all other are in accordance with contract law and commercial maxims, or identified as being defined by Administrative Procedure.

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

(A) The Congress;

(B) the courts of the United States;

(C) the governments of the territories or possessions of the United States;

(D) the government of the District of Columbia; or except as to the requirements of section 552

(E) Agencies composed of representatives of the parties or of representatives of organizations of the parties to the disputes determined by them;

(F) Courts martial and military commissions;

(G) military authority exercised in the field in time of war or in occupied territory; or

(H) functions conferred by sections 1738, 1739, 1743, and 1744 of title 12; chapter 2 of title 41; or sections 1622, 1884, 1891-1902, and former section 1641(b)(2), of title 50, appendix;

4. "Agency action" includes the whole or a part of an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act; and

5. "Agency proceeding" means an agency process as defined by paragraphs (5), (7), and (9) of this section of the Administrative Procedure Act;

6. "Aggrieved party" means a party entitled to resort to a remedy

7. "Agreement" means the bargain of the parties in fact as found in their language or by implication from other circumstances including course of dealing or usage of trade or course of performance as provided in sections 47-1205 and 47-2208. Whether an agreement has legal consequences is determined by the provisions of this title, if applicable; otherwise by the law of contracts, (section 47-1103). (Compare "contract".)

8. "Anwar" refers to the natural person known as or referred to as "Girmar."

9. "Bearer" means the person in possession of an instrument, document of title, or certificated surety payable to bearer or indorsed in blank.

10. "Breach" means an encroachment, or trespass, or breaking of a contract.

11. "Conditional Acceptance/ Acceptance with conditions" means to modify the contract so that given consideration or accords are made that will help to complete the contract.

12. "Contract" means an agreement between two or more parties that obliges the parties to do or not to do a particular action/thing.

13. "Default" means the failure to settle or resolve a matter.

14. "Defendant" includes a person, natural and legal entities, in the position of defendant in a cross-action or counterclaim.

FIAT JUSTITIA RUAT CAELUM                              Page 13 of 83
*Let justice be done though the heavens fall.*

15. "Delivery" with respect to instruments, documents of title, chattel paper, or certificated securities means voluntary transfer of possession.

16. "Dishonor" means the willful ignorance of an obligation that is yet to be delivered.

17. "Expressed Acceptance" is the outward acquiescence /manifestation of assent. See Acceptance.

18. "ex parte communication" means an oral or written communication not on the public record with respect to which reasonable prior notice to all parties is not given, but it shall not include requests for status reports on any matter or proceeding covered by this subchapter.

19. "Fault" means wrongful act, omission or breach.

20. "Forgery" means the unauthorized use / counterfeiting / misrepresentation of someone mark or signature in the commission of a crime with the intent to deceive. Also, see Identity theft.

21. "Fraud" means the intentional misrepresentation of material facts in the intent to deceive.

22. "Genuine" means free of forgery or counterfeiting.

23. "Girmar" refers to the natural person also known as or referred to as "Anwar."

24. "Guest" means one who is not within their normal dwellings, one who has sojourned to another location; one is generally invited or welcomed in another locale.

25. "Holder" with respect to a:

    (a) Negotiable instrument means the person in possession if the instrument is payable to bearer or, in the case of an instrument payable to an identified person, if the identified person is in possession.

    (b) Document of title means the person in possession if the goods are deliverable to bearer or to the order of the person in possession.

26. "Honor" with respect to instruments means to fulfill one's obligation in full; to pay or to accept and pay, or where a credit so engages to purchase or discount a draft complying with the terms of the credit. "Honor" with respect to persons means to uphold principles of one's Creator, Family, Community, City, and Nation/State[19].

27. "license" includes the whole or a part of an agency permit, certificate, approval, registration, charter, membership, statutory exemption or other form of permission;

---

[19] Not included in original definition.

FIAT JUSTITIA RUAT CAELUM                    Page **14** of 83
*Let justice be done though the heavens fall.*

28."licensing" includes agency process respecting the grant, renewal, denial, revocation, suspension, annulment, withdrawal, limitation, amendment, modification, or conditioning of a license;

29. "Identity theft" the unlawful and legal use of One's mark, image, name, descriptions, personal private information, including but not limited to: Social Security Numbers, Driver's License et al.

30. "Implied Acceptance" means the acceptance that is not directly stated but is demonstrated by an act indicating a person's assent to the proposed offer.

31. "Money" means a medium of exchange authorized or adopted by a domestic or foreign government and includes a monetary unit of account established by an intergovernmental organization or by agreement between two or more nations.

32. "Notice" of a fact means when one has actual knowledge of if; or when one receives a notice or notification of it; or when all the facts and circumstances known to him at the time in question he has reason to know that it exists.

33."Gives Notice" or notification to another by taking such steps as may be reasonable requir3ed to inform the other in ordinary course whether or not such other actually comes to know of it. A person "receives" a notice or notification when: one receives said notice or comes to one's attention; or it is duly delivered at the place of business through which the contract was made or at any other place held out by him as the place for receipt of such communication.

34. "Notice", knowledge or a notice or notification received by an organization is effective for a particular transaction from the time when it is brought to the attention of the individual conducting that transaction, …An organization exercises due diligence if it maintains reasonable routines for communicating significant information to the person conducting the transaction and there is reasonable compliance with the routines. Due diligence does not require an individual actin for the organization to communicate information unless such communication is part of its regular duties or unless one has reason to know of the  transaction and that the transaction would be materially affected by the information.

35. "Offer" means a proposed promise to do or not do a particular thing. It is the other half of a contract. An offer can be in the form of a demand, request, proposal, and the like. Offers can be written or verbal. There are four ways to reply to an offer: see acceptance.

36. "Order" means the whole or a part of a final disposition, whether affirmative, negative, injunctive, or declaratory in form, of an agency in a matter other than rulemaking but including licensing;

37. "Party" as distinct from "third party," means a person who has engaged in a transaction or made an agreement with in this Act.

38. "Person" includes an individual or an organization, corporation, or government; can be both artificial (legal entities) and natural.

39. "Relief" includes the whole or a part of an agency –

   a. grant of money, assistance, license, authority, exemption, exception, privilege, or remedy;

   b. recognition of a claim, right, immunity, privilege, exemption, or exception; or

   c. taking of other action on the application or petition of, and beneficial to, a person;

40. "Remedy" means any remedial right to which an aggrieved party is entitled with or without resort to a tribunal.

41. "Representative" includes an agent, an officer of a corporation or association, and a trustee, executor or administrator of an estate, or any other person empowered to act for anther.

42. "Rights" endowed by the Creator of All, UNALIENABLE, not limited to Life, Liberty, Property, and the pursuit of Happiness, which includes remedies; See the Constitution for the united states of America.

43. "rule" means the whole or a part of an agency statement of general or particular applicability and future effect designed to implement, interpret, or prescribe law or policy or describing the organization, procedure, or practice requirements of an agency and includes the approval or prescription for the future of rates, wages, corporate or financial structures or reorganizations thereof, prices, facilities, appliances, services or allowances therefore or of valuations, costs, or accounting, or practices bearing on any of the foregoing;

44. "Rule making" means agency process for formulating, amending, or repealing a rule;

45. "Silence" is passive acquiescence, implied acceptance.

46. "Surety" includes guarantor.

47. "Teacher," means one who give instructions to students, one who trains individual within a given discipline[20].

---

[20] This definition is not part of the original vocabulary found in Black's Law, UCC, Administrative Procedure, or contract law.

48. "Trustee" means one who is responsible for the management of a Trustee, one who is a pubic officer /public employee / public servant.

49. "Burden of establishing" a fact means the burden of persuading the triers of fact that the existence of the fact is more probable than its nonexistence.

50. "Conspicuous" A term or clause is conspicuous when it is so written that a reasonable person against whom it is to operate ought to have noticed it. A printed heading in capitals (as: NONNEGOTIABLE BILL OF LADING) is conspicuous. Language in the body of a form is "conspicuous" if it is in larger or other contrasting type or color. But in a telegram any stated term is "conspicuous". Whether a term or clause is "conspicuous" or not is for decision by the court.

51. "Document of title" includes bill of lading, dock warrant, dock receipt, warehouse receipt or order for the delivery of goods, and also any other document which in the regular course of business or financing is treated as adequately evidencing that the person in possession of it is entitled to receive, hold and dispose of the document and the goods it covers. To be a document of title a document must purport to be issued by or addressed to a bailee and purport to cover goods in the bailee's possession which are either identified or are fungible portions of an identified mass.

52. "Fault" means wrongful act, omission or breach.

53. "Bonifide" means without fault, verifiable, genuine.

54. "Genuine" means free of forgery or counterfeiting.

55. A person has "notice" of a fact when:

    (a) He has actual knowledge of it; or

    (b) He has received a notice or notification of it; or

    (c) From all the facts and circumstances known to him at the time in question he has reason to know that it exists. A person "knows" or has "knowledge" of a fact when he has actual knowledge of it. "Discover" or "learn" or a word or phrase of similar import refers to knowledge rather than to reason to know. The time and circumstances under which a notice or notification may cease to be effective are not determined by this title.

56. "Send" in connection with any writing or notice means to deposit in the mail or deliver for transmission by any other usual means of communication with postage or cost of transmission provided for and properly addressed and in the case of an instrument to an address specified thereon or otherwise agreed, or if there be none to any address reasonable under the circumstances. The receipt of any writing or notice within the time at which it would have arrived if properly sent has the effect of a proper sending.

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE

צדק (Justice) , חופש‎ ש (Freedom) , שלום (Peace) , אמת (Truth) , אהוב (Love)

All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

57. "Signed" includes any symbol executed or adopted by a party with present intention to authenticate in writing.

58. "Term" means that portion of an agreement which relates to a particular matter.

59. "Unauthorized" signature means one made without actual, implied or apparent authority and includes a forgery.

60. "Value" Except as otherwise provided with respect to negotiable instruments and bank collections a person gives "value" for rights if he acquires them:

> (a) In return for a binding commitment to extend credit or for the extension of immediately available credit whether or not drawn upon and whether or not a charge-back is provided for in the event of difficulties in collection; or
>
> (b) As security for or in total or partial satisfaction of a preexisting claim; or
>
> (c) By accepting delivery pursuant to a preexisting contract for purchase; or
>
> (d) Generally, in return for any consideration sufficient to support a simple contract.

61. "Written" or "writing" includes printing, typewriting or any other intentional reduction to tangible form.

62. "Security interest" means an interest in personal property or fixtures which secures payment or performance of an obligation. The term also includes any interest of a consignor and a buyer of accounts, chattel paper, a payment intangible or a promissory note in a transaction that is subject to chapter 9 of this title. The special property interest of a buyer of goods on identification of those goods to a contract for sale under section 47-2401 is not a "security interest", but a buyer may also acquire a "security interest" by complying with chapter 9 of this title. Except as otherwise provided in section 47-2505, the right of a seller or lessor of goods under chapter 2 or 2A of this title to retain or acquire possession of the goods is not a "security interest", but a seller or lessor may also acquire a "security interest" by complying with chapter 9 of this title. The retention or reservation of title by a seller of goods notwithstanding shipment or delivery to the buyer is limited in effect to a reservation of a "security interest". For purposes of this paragraph, the following apply:

63. "Fungible" with respect to goods or securities means goods or securities of which any unit is, by nature or usage of trade, the equivalent of any other

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

like unit. Goods which are not fungible shall be deemed fungible for the purposes of this title to the extent that under a particular agreement or document unlike units are treated as equivalents.

64. "Good faith" means honesty in fact in the conduct or transaction concerned.

65. A person "notifies" or "gives" a notice or notification to another by taking such steps as may be reasonably required to inform the other in ordinary course whether or not such other actually comes to know of it. A person "receives" a notice or notification when:

> (a) It comes to his attention; or
>
> (b) It is duly delivered at the place of business through which the contract was made or at any other place held out by him as the place for receipt of such communications.

66. "Organization" includes a corporation, government or governmental subdivision or agency, business trust, estate, trust, partnership or association, two or more persons having a joint or common interest, or any other legal or commercial entity.

67. "Children" means the plural and means individuals who have not attained the age of eighteen years;

68. "Ethnic group" means a set of individuals whose identity as such is distinctive in terms of common cultural traditions or heritage;

69. "Incites" means urges another to engage imminently in conduct in circumstances under which there is a substantial likelihood of imminently causing such conduct;

70. "National group" means a set of individuals whose identity as such is distinctive in terms of nationality or national origins;

71. "Racial group" means a set of individuals whose identity as such is distinctive in terms of physical characteristics or biological descent;

72. "religious group" means a set of individuals whose identity as such is distinctive in terms of common religious creed, beliefs, doctrines, practices, or rituals; and

72. "Substantial part" means a part of a group of such numerical significance that the destruction or loss of that part would cause the destruction of the group as a viable entity within the nation of which such group is a part.

73. "Autochthonous[20]" means one who is self-evolved, having no predecessors.

74. "Indigenous[20]" means one who is of a particular land

75. "Moor/Muur[20]" means one who is of the original stock of Indigenous Man.

76. "Moslem[20]" means a Hebrew (Jewish) Moor

77. "Moriscos[20]" means a Christian Moor

78. "Muslim[20]" means the descendants of the Moorish harams who practice Mohammadanism or "Islam." Synonymous with Tawny Moor, but not Arabian "Arab"

79. "Twany Moor[20]" means one who is of light visage/complexion/hue, has Moorish Ancestry. Synonymous with Muslim, but not bound to Mohammadanism

80. "America[20]" means North, Central, and South America and the adjoining islands

81. "Trustee[20]" means a Public Employee, any member, agent, associate et al who work for the Municipal, City, Nation/State governments, and/or Non-governmental Agencies (NGOs) etc. Who holds Birthright Claim and or Peoples' wealth in Trust; see exhibit HJR 192.

82. "Aborgininal[20]" means one who is descendent from the Original/Anatomically Modern Human/Indigenous/Autochthone (autochthonous) peoples.


BACKGROUND SUMMARY OF THE FACTS


### "Actori incumbit onus probandi" burden of proof, he who advances a proposition affirmatively


The issue, ab initio, was the result of Defendants, PUHSD et al, prematurely canceling/terminating, or otherwise breaking Anwar's contract based upon fraudulent discriminatory criminal offensive/activities—actus reus [21]; which includes, but Not limited to fraud, forgery, and breaking their own Policy and Procedure in the commission of committing fraud, crimen falsi/forgery, and other said discriminatory criminal offenses / activities[19]; then conspired collectively to cover-up these offenses through non-response/non-performance of Presentments—Affidavit of Damages Criminal Complaint and Affidavit Notice of Claim with an Opportunity to Cure—that are bonifide and sent in accordance with UCC 3419 and HJR 192, subscribed with my mark accepting full unlimited commercial liability for what was presented therein, to which PUHSD ET AL are in default.

On or about the May 30, 2011 Anwar received a letter indicating that his Guest Teacher contract will not be renewed due to bad evaluations, which were attached as evidence for the termination of the contract. After receiving this correspondence, Anwar sent a letter of protest to PUHSD et al, to which there was NO response. Through their non-response—"He who does not deny, admits!" and that

Subsequently, Anwar filed another protest with the EEOC[22]; to which Anwar's claim was denied, despite the FACTs that none of the Affidavits submitted to the EEOC were answered, contested, or even mentioned in PUHSD ET AL's response to the EEOC complaint filed by Anwar. Anwar, in the conclusion of this matter will be logging formal protest against EEOC for their lack of due diligence regarding this matter; and that

---

[21] See attached copy of Affidavit of Damages Criminal Complaint.
[22] Equal Employment Opportunity Commission. I will be speaking with the proper authorities at EEOC regarding their ruling, however this matter takes precedence.

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צֶדֶק (Justice) , שׁ פוּת (Freedom) , שׁלוֹם (Peace) , חמֵא (Truth) , אהוּב (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

Anwar then attempted to resolve this matter in the private, through Private International Administrative Process, through use of a Presentment, prior to file suit in the Public. **Initial** Notarized Presentments, in accordance with UCC 3419, UCC 3-104(a-f & j); UCC 3-105 (a); UCC 3-106(a-d), ARS 47-8105 &47-3501, and House Joint Resolution 192 were sent via USPS certified mail[19] on or about the nineteenth day of June 2012 AD to PUHSD ET AL. And it was received on *June 21, 2012 AD*[23], signed by "Ruby D." The Presentment[24] consisted of an Affidavits of Damages Criminal Complaint[25] and Affidavit Notices of Claim with an Opportunity to Cure[26]; **which all went unanswered**[27]. Anwar then sent a **second notice**[28] to PUHSD ET AL on or about the third day of July 2012 AD, a reminder notice *under Notary Protest*, **"Amended Notice of Dishonor with an opportunity to cure**[29];" which *included a copy of the previous Presentment*[20], this was sent via USPS certified mail received and signed by *"Ruby Duenas"* on *7/5/2012 AD*[19]; to **which the Second Notice went unanswered**[24,25] **also**, putting PUHSD ET AL in dishonor[27] of a Presentment UCC 3104, UCC 3419, UCC 3503, UCC 3501 & HJR 192 et al. A copy of the Affidavit of Damages was sent to the office of the Attorney General, addressed to Thomas Horne, for the filing of formal criminal charges[19], it was received and signed for by Joseph Montoya[30]. A **third notice**[26] sent *under Notary protest* via USPS certified mail[26] to PUHSD ET AL, **"Final Notice of Default and Dishonor with a Final Opportunity to Cure**[21]," was sent on or about the eleventh day of July 2012 AD[26]. The third notice, like the first two notices, was received and signed for by *"Ruby Duenas" a/k/a "Ruby D,"* on the *July 13, 2012 AD*[19]; **which the Final Notice was unanswered**, putting PUHSD ET AL in Default and Dishonor of the Presentment, UCC 3419, 12 USC § 3708, ARS 47-2A501 B, & ARS 47-2A505. On or about the twenty-third day of July a *Final Notary Protest* was sent, **"Certificate of Default and Dishonor due Non-Response/Non-Performance," and Default judgment**, 12 USC § 3708, ARS 47-2A501 B, & ARS 47-2A505, to PUHSD ET AL by USPS certified mail. On the twenty-third day of July this Complaint was filed with the UNITED STATES DISTRICT COURT, IN THE DISTRICT OF ARIZONA, and PUHSD ET AL were properly served[31].

Through PUHSD ET AL's non-response/non-performance to the Presentment the following have been established facts that are undisputed, incontestable, uncontestable facts and give full support to the claims being charged herein; and that

UNDISPUTED UNCONTESTED FACTS OF THE CASE SENT THROUGH NOTARY PRESENTMENT

1. Affidavit of Nationality and Birthright[32]
2. Affidavit of Damages Criminal Complaint[34]
3. Affidavit Notice of Claim with an Opportunity to Cure[33]
4. Jeralee Sousa, previous Cesar Chavez Secretary for Scott Gayman, is NOT a competent person to conduct evaluation of Teachers; and that
5. In her doing so, she broke PUHSD district policy regarding who is permitted to evaluate Guest Teachers; and that
6. Jeralee Sousa furthermore conducted this against policy evaluation of Anwar on a day to which Anwar was NOT working; and that

---

[23] See exhibit Certified Mailing Receipts
[24] In accordance with UCC 3-104(a-f & j); UCC 3-105 (a); UCC 3-106(a-d) & ARS 47-3501
[25] See exhibit 2
[26] See exhibit 3 In accordance with ARS 47-8105 UCC 3-104(a-f & j); UCC 3-105 (a); UCC 3-106(a-d) &47-3501
[27] In accordance Commercial with Maxims regarding non-response/non-performance of an Affidavit; It stands as Truth in commerce and Truth in judgment.
[28] In accordance with UCC 3-104(a-f & j); UCC 3-105 (a); UCC 3-106(a-d) & ARS 47-8105 &47-3501
[29] Dishonor in accordance UCC 3-503 & ARS 47-3502, ARS 47-3505 (B), 47-4501
[30] See exhibit "Certified Mailing Receipt"
[31] See exhibit "certificate of serving defendants"
[32] See Exhibit Affidavit of Birthright Claim
[33] See Exhibit Amended Presentment

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צדק (Justice) , חופש (Freedom) , שלום (Peace) , אמת (Truth) , אהוב (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

7. She committed a crimes(fraud, forgery, conspiracy against rights, deprivation of rights &c) by Forging the signature of her supervisor Scott Gayman, Principal of Cesar Chavez and qualified evaluator according to District Policy regarding Guest Teachers; and that

8. Said broken district policy criminally forged evaluation, was used to prematurely terminate/cancel or otherwise break Anwar's Guest Teacher contract; and that

9. Protest letter was sent and ignored; and that

10. Thereby, aiding and abetting in the commission of a criminal act and an act of Discrimination; and that

11. The evaluation conducted by Ms. Consuelo Nava is false; due to the fact that Nava claims Anwar has no content knowledge. Whereas the day of question Anwar was Guest Teaching a Biology class 5/3/2012 and the previous day, 5/3/2012, for Ms. Erica Gilbert; attached is a copy of previous evaluations and letter of recommendation from Dr. Deborah Gonzales, (current/former) Assistant Superintendent of Instruction and Accountability, for Anwar while Anwar was a fulltime Biology Educator with PUHSD for nearly six years, marked as exhibit "previous Teacher evaluations" and "Letter of Recommendation;" and that

12. PUHSD did discriminate, sale, bartered, traded or otherwise distributed the personal private information of ALL PUHSD employees (including Anwar at the time), and that Anwar inquired as to violation of HIPPA regulation prior to Anwar terminating his employment back in May of 2005; and that

13. Anwar received no reply! and that,

14. Anwar did suffer from Identity theft during the 2008-2009 school year; and that

15. All Affidavits that have been previously presented, and presented herein, have all had non-responses/non-performance from the Defendants; and that

All Affidavits/Presentments that have been previously presented, and presented herein, have all had non-responses/non-performance from the Defendants, PUHSD et al. Via Commercial Maxim[34], unanswered Affidavits stand as "Truth in Commerce," and "Judgment in Truth/Truth in Judgment;" The foundation of the case is the Affidavits that have been previously presented which detail the crimes[35] that were committed against Anwar and the damage[36] it has caused to the life and livelihood of Anwar[25]; and included herein as exhibits, along with Attached is corresponding documentation[37] that supports the Affidavits of Damages Criminal Complaint, which definitively proves that crimes were committed against Anwar, namely, but not limited to Fraud, crimen falsi/Forgery, Conspiracy against Rights, Deprivation of Rights &c, which were used to prematurely cancel/terminate, or otherwise break Anwar's Guest Teacher's Contract. For the corresponding laws to which were broken, see below section entitled "LAWS BROKEN" and Exhibit "Affidavit of Damages with an Opportunity to Cure."

This matter is being brought before this courts as a result of the Non-Response/Non-Performance of a Bonifide Presentment in accordance with UCC 3419 and HJR 192, based a Bonifide Affidavit of Damages, to which have gone previously unanswered, by which this issue/case is now before this court, and is centered, in addition to, which is part in particle, the fraud, forgery, et al offense listed in this suit, that was used in the commission of depriving/defrauding

---

[34] See exhibit "Ten Essential Commercial Maxims"
[35] 1. Fraud, 2. Forgery, 3. Breach of Contract, 4. Breach of PUHSD policy, 5. Breach of Public Trust, 6. Violation of Human Rights, 7. Violation of Civil Rights, 8. Depravation of Rights under colorable law, 9. Conspiracy to Deprive Rights, 10. Deceptive Business practices, 11-13.Genocide: social, economic, and political, 14. Aiding and abetting offenses 1-13, 28.Conspiracy to deprive Right under colorable law, 29-56. Conspiracy to commit offenses 1-27.
[36] As the head of my household, the damage inflicted upon my person is also damage inflicted upon my family, which at the time included my wife, son, and ailing mother-in-law. From all the undue stress and strain my wife suffered a "nervous breakdown," to which she was hospitalized with complete paralysis of the body.
[37] Documentations is a packet of information that includes copies of Forged signature, false statements, falsifying of documentation, breaking PUHSD policy, which all verify the aforementioned crimes against Anwar.

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צדק (Justice) , שׁ פוﬡ (Freedom) , שׁלום (Peace) , אמת (Truth) , אהﬡ (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

Anwar of his Rights through deceptive business practices. Anwar seeks remedy for the despicably, discredable, discriminatory, defamatory and offensive acts that were thus committed against the Rights of Anwar, and thus depriving him of life, liberty, property, and the pursuit of happiness, as he so defines.

A FORTIORI RESTATEMENT OF THE FACTS IN NEGITIVE AVERMENT;

If these statements be false, then so too is this suit:

1. Is it not a fact that Anwar sent PUHSD ET AL a Bonifide Claim Presentment[38] on or about the 21st day of June; and that

    a. A fortiori, Is it not a fact that the said Presentments were not answered; and that

    b. A fortiori, Is it not a fact that the non-response/non-performance of said Presentment[45] is Implied Acceptance; and that

    c. A fortiori, Is it not a fact that due to the non-response/non-performance PUHSD ET AL thus dishonored[25] themselves and the said Presentment[45] UCC 3-503 & 3419, HJR 192,0 ARS 47-3502; and that

        i. See attached exhibit "Mailing Receipts"

2. Is it not a fact that a second notice, an amended Presentment under Notary Protest "Notice of Dishonor[25]" due to prior non-response/non-performance presented under Notary Seal entitled, "Amended Affidavit of Damages Criminal Complaint and Affidavit Notice of Claim with an Opportunity to Cure," was sent via certified mail to PUHSD ET AL on or about the third day of July 2012 AD; and that

        i. See attached exhibit "Mailing Receipts"

3. Is it not a fact that said amended Presentment was received and signed for by "Ruby D" a/k/a "Ruby Duenas on the fifth day of July 2012 AD;" and that

        i. See attached exhibit "Mailing Receipts"

4. Is it not a fact that said Presentment was not answered, which PUHSD ET AL are now in default; and that

5. Is it not a fact that a third and final notice, sent via certified mail under Notary protest entitled, "NOTICE OF DEFAULT AND DISHONOR WITH A FINAL OPPORTUNITY TO CURE," was sent on or about the twelfth day of July 2012; and that

        i. See attached exhibit "Mailing Receipts"

6. Is it not a fact that said Final Notice was received and signed for by "Ruby D" a/k/a "Ruby Duenas," on the 13th day of July 2012 AD; and that

        i. See attached exhibit "Mailing Receipts"

---

[38] See exhibit 2 Affidavit of Damages

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צדק (Justice) , חופש (Freedom) , שלום (Peace) , אמת (Truth) , אהבה (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

7. Is it not a fact that the Final Notice was unanswered, placing PUHSD ET AL in Default and Dishonor of the aforementioned Presentment; and that

8. Is it not a fact that on or about the nineteenth day of July, Anwar sent via certified mail a Notary Protest Certificate, "CERTIFICATE OF DEFAULT AND DISHONOR," to PUHSD ET AL; and that

      i. See attached exhibit "Mailing Receipts"

9. Is it not a fact that on or about the twentieth day of July, Anwar filed this complaint with UNITED STATES DISTRICT Courts in the District of Arizona; and that

10.    Is it not a fact that all parties were properly served this complaint; and that

11.    Is it not a fact that, copies of the Affidavits of Damages were sent via USPS certified mail to Thomas Horne in the office of the attorney General's Office

      i. See attached exhibit "Mailing Receipts"

12.    A fortiori, Is it not a fact that Anwar did sign a contract with the Phoenix Union High School District to be a Guest Teacher; and that,

    a. Is it not a fact that Anwar previously worked for the Phoenix Union High School District; and that

    b. Is it not a fact that Anwar has never, up until being a Guest Teacher, had a bad evaluation[39]; and that

      **i.** See attached copy of previous Contract signed with PUHSD.

13.    A fortiori, Is it not a fact that previous contract was for full-time Teaching assignment; and that

    a. Is it not a fact that a Guest Teacher is one who gives instructions; and that

14.    A fortiori, Is it not a fact that a Guest is defined as a visitor, and Teacher is defined as, one who gives instructions to students for the purpose of learning; and that,

    a. Is it not a fact that the above definition is generally true and accurate; and that

15.    A fortiori, Is it not a fact that Part of the responsibilities of a Guest Teacher is to give instructions; and that

    a. Is it not a fact that Teachers give instructions; and that

---

[39] See previous evaluations

FIAT JUSTITIA RUAT CAELUM                    Page **24** of 83

*Let justice be done though the heavens fall.*

    b. Is it not a fact that a Teacher who does not give instruction is not a Teacher by functionality nor by definition of duties; and that

16.    A fortiori, Is it not a fact that As a result of the Fraud et al, on the part of PUHSD et al, led to the premature cancellation of said contract; and that

    a. Is it not a fact that Anwar was scheduled to work several more days after the 5th of May 2011; and that

    b. Is it not a fact that Anwar was scheduled to work on the 5th of May and that day's contract was cancelled; and that,

    c. Is it not a fact that One cannot be evaluated if One is not present; and that

        i. See attach exhibit "Affidavit of Facts from Jackie Relyea"

17.    A fortiori, Is it not a fact that Ms. Nava has been intentionally misrepresenting the facts; she has made several false written statements: how and when the incident occurred, speaking with Mr. Watson[40], the demeanor and conduct of Mr. Anwar, and a falsified evaluation[41]; and that

    a. Is it not a fact that Ms. Nava purported that Anwar failed to speak with Mr. Watson[38]; and that

    b. Is it not a fact that Mr. Anwar spoke with Mr. Watson and his colleague in front of the Administration building in the morning on the day in question just after 2nd period began[38]; and that

        i. See attach exhibit "Affidavit of Facts from Jackie Relyea"

18.    A fortiori, Is it not a fact that Ms. Nava used her influence as an Administrator to misrepresent Mr. Anwar, which subsequently leads to the premature canceled/terminated, or otherwise broke his Guest Teacher's contract; and that

    a. Is it not a fact that Ms. Nava walked into the room at the end of first period class; and that

    b. Is it not a fact that Ms. Nava was in the classroom for no more than 10 minutes of first period class; and that

    c. Is it not a fact that Ms. Nava was in the classroom during the beginning of second period class without Mr. Anwar; and that,

        i. See exhibit Affidavit of Facts and Damages Jung Eun Kim-Anwar:Bey, "Jacqueline Relyea-Anwar:Bey" herein Jackie Relyea; and that

---

[40] See Affidavit of Fact from Jackie Relyea, first and third party witness.
[41] See Anwar's Affidavit of Response to the Districts Reply to the initial complaint.

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צדק (Justice) , שׁ חופ (Freedom) , שׁלום (Peace) , חמת (Truth) , אהוב (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

Page **25** of 83

19.     A fortiori, Is it not a fact that Ms. Nava knowingly made false and misleading statement and falsified documentation with the intent to perpetrate a deception; and that

    a. Is it not a fact that Anwar has a degree in the Biological Sciences; and that

    b. Is it not a fact that Anwar taught for 5 years at Cesar Chavez High School[42]; and that

    c. Is it not a fact that Anwar never received a bad evaluation under two Principals and two Science Department Chairs, and other evaluators[37]; and that

    d. Is it not a fact that Ms. Nava does not possess a degree in Science; and that

    e. Is it not a fact that Ms. Nava does not have a Bachelor Degree in any Biological Sciences; and that

    f. Is it not a fact then that Ms. Nava does Not have content knowledge in the Biological Sciences; and that

    g. Is it not a fact that, due to Ms. Nava not possessing a degree in Biology Ms. Nava is incompetent to determine content knowledge in the Biological sciences; and that

       **i.** See attached exhibit "Copy of Undergraduate Degree"

       **ii.** See attached exhibit "Copy of Master Degree"

      **iii.** See attached exhibit "Previous Contracts"

      **iv.** See attached exhibit "Full-time Teacher Evaluations"

20.     A fortiori, Is it not a fact that Ms. Nava knowingly instructed Mr. Anwar not to help the students, which is abusive to deny help to child[43,44]; and that

    a. Is it not a fact that to deprive a child of known information is abuse[41]; and that

    b. Is it not a fact that Ms. Nava instructed Anwar to commit a breach of contract; and that

    c. Is it not a fact that it is immoral to ignore students legitimate inquires, in particular subject matter inquires; and that

    d. Is it not a fact that it is not PUHSD policy to instruct Guest Teachers not to give instruction[45]; and that

---

[42] See copy of previous Full time teaching Evaluation.
[43] *See exhibit Declaration of the Rights of the Child* and the Convention of the Child.
[44] USC title 18 Section 241 and 242 Conspiracy Against Rights and Deprivation of Rights under the color of law; students have the right to not be deceived, to receive quality shelter, food, clothing, and an Education!

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

    **i.** See attached exhibit "Declaration of the Rights of the Child"

    **ii.** See attached exhibit "Convention of the Rights of the Child"

21.    A fortiori, Is it not a fact that Ms. Nava did damage to the name, reputation and Business of Mr. Anwar as a result of her intentional misrepresentation of material facts; and that

    a. Is it not a fact that The contract that Anwar signed to be a Guest Teacher was broken by not allowing Anwar to give any instruction; and that,

    b. Is it not a fact that A contract is an agreement between two or more parties with obligation to do or not to do a particular thing; and that

    c. Is it not a fact that Anwar was scheduled to work more days; and that

    d. Is it not a fact that Anwar could have work more days till the end of the school  year, final week; and that

22.    A fortiori, Is it not the case that Mrs. Nava's threatening demeanor attempt to create another contract, to which Anwar, is not, was not, and will never be obliged to perform without consideration and a written memorial of said contract and Anwar's acquiescence's with consideration; and that,

    a. Is it not a fact that any request, demand, or the like are all Offers; and that

23.    A fortiori, Is it not a fact that Mrs. Jeralee Sousa is Scott Gayman's (Principal of Cesar Chavez High School) Administrative Assistant/secretary; and that

    a. Is it not a fact that in order to be an Administrative Assistant one is not required to have a College degree; and that

        **i.** See attached exhibit "Copy of Master Degree"

24.    A fortiori, Is it not a fact that Mrs. Jeralee Sousa is not an Administrator, Department Chair, or Instructional Specialist; and that

    a. Is it not a fact that Administrator and Teachers all have college/university degrees within PUHSD; and that

25.    A fortiori, Is it not a fact that Mrs. Sousa does not possess a Teaching degree nor a Arizona State license to teach; and that

    a. Is it not a fact that in order to have a Teaching degree one has to have studied Education; and that

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

   b. Is it not a fact that in order to have an Arizona State license to Teach one has to have pass an examination; and that

15. A fortiori, is it not a fact that Mrs. Sousa is, by District Guest Teacher policy, NOT competent to evaluate a Teacher[44]; and that

   c. Is it not a fact that Certified staffed may not be evaluated by Classified staff; and that

      i. See attached exhibit "Guest Teacher Handbook" (page regarding evaluation of Guest Teachers)

16. A fortiori, is it not a fact that By District Guest Teacher policy only an Administrator, Department Chair, or Instructional Leader can evaluate Guest Teachers[46]; and that

   d. Is it not a fact that policy and procedure for PUHSD are drawn from a contractual relationship with the community; and that

      i. See attached exhibit "Letter from Juvanal Lopez"

     ii. See attached exhibit "Guest Teacher Handbook" (page regarding Guest Teacher Evaluation)

17. Is it not a fact that Mrs. Jeralee Sousa broke District policy[10] by conducting an Evaluation for Mr. Anwar on 5/9/11; and that

      i. See attached exhibit "Guest Teacher Handbook" (page regarding Guest Teacher Evaluation)

     ii. See attached exhibit "May 9th evaluation"

18. A fortiori, is it not a fact that Scott Gayman failed to perform his duty as the Administrator by conducting an evaluation; and that

   e. Is it not a fact that as the Administrator one is ultimately responsible for the action of his/her subordinate and students; and that

      i. See attached exhibit "Guest Teacher Handbook" (page regarding Guest Teacher Evaluation)

     ii. See attached exhibit "May 9th evaluation"

    iii. See attached exhibit "Work Pay sheet"

19. A fortiori, is it not a fact that Scott Gayman did not correct the forgery of his signature/mark; and that

---

[46] See Guest Teacher Manuel, and attached copy of "Guest Teacher Evaluation."

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צדק (Justice) , ש פות (Freedom) , שלום (Peace) , אמת (Truth) , אהבה (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

   f. Is it not a fact that on numerous occasion Scott Gayman has allowed
    Jeralee Sousa to sign documentation without monitoring what has been
    signed, this situation being one of the occasions; and that

   g. Is it not a fact that Scott Gayman, like Jeralee Sousa, were sent
    Presentment with an opportunity to cure; and that

      i. See attached exhibit "May 9[th] evaluation"

20. A fortiori, Is it not a fact that through his passive acquiescence,
condoned, supported, and/or otherwise aided and abided the crimes of Mrs.
Jeralee Sousa's: Forgery, Fraud in deeds, and in written format (the evaluation
on 5/9/2011is evidence that)[47]; and that,

   h. Is it not a fact that, "He who does not forbid a crime while he may,
    sanctions it;" and that

   i. Is it not a fact that All parties were sent Presentments with an
    opportunity to Cure; and that

      i. See attached exhibit "Guest Teacher Handbook" (page regarding
      Guest Teacher Evaluation)

      ii. See attached exhibit "May 9th evaluation"

      iii. See attached exhibit "Work Pay sheet"

21. A fortiori, is it not a fact that Scott Gayman's being the principal is
responsible for the overall actions of his subordinates; and that

   j. Is it not a fact that Scott Gayman was derelict in his duties for non
    acta in this matter, and that

      i. See attached exhibit "May 9th evaluation"
      ii. See attached exhibit "Guest Teacher Handbook" (page regarding
      Guest Teacher Evaluation)

22. A fortiori, Is it not a fact that Mrs. Jeralee Sousa, being the principle
contact person to speak with for Guest Teachers at Cesar Chavez, was full
aware, being of conscious mind, that Mr. Anwar was not at work on 5/9/11, and
in her knowing did so complete said evaluation; and that

   k. Is it not a fact that Ms. Sousa was acting outside of her given
    authority; and that

      i. See attached exhibit "May 9th evaluation"

      ii. See attached exhibit "Work Pay sheet"

---

[47] Ignorance of the Law is not Excuse!

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

23. A fortiori, is it not a fact that Ms. Jeralee Sousa actions were prejudicial, unwarranted, and discriminatory in thoughts, behavior and in its results; and that

> l. Is it not a fact that personal opinions have nothing to do with business; and that

24. A fortiori, is it not a fact that Ms. Jeralee Sousa did commit said offenses knowingly with an attempt to deceive; and that

> m. Is it not a fact that Forgery is a felony; and that
>
> > i. See attached exhibit "May 9th evaluation"
> > ii. See attached exhibit "Guest Teacher Handbook" (page regarding Guest Teacher Evaluation)
> > iii. See attached exhibit "Work Pay sheet"

25. A fortiori, Is it not a fact that Ms. Sousa misrepresented fact by stating several teachers had issues with Mr. Anwar's performance—though he was NEVER evaluated at Cesar Chavez while a Guest Teacher; and that

> n. Is it not a fact that Anwar has a Right to face his accusers; and that
>
> > i. See attached exhibit "Affidavit of Facts from Jackie Relyea"
> >
> > i. See attached exhibit "May 9th evaluation"
> > ii. See attached exhibit "Guest Teacher Handbook" (page regarding Guest Teacher Evaluation)
> > iii. See attached exhibit "Work Pay sheet"

26. A fortiori, is it not a fact that Ms. Sousa further falsified documentation by signing the name of Scott Gayman, Principal; and that

> o. Is it not a fact that a Forgery is the falsification of documentation by use of another's mark or signature; and that
>
> p. Is it not a fact that Forgery is a form of Fraud; and that,
>
> q. Is it not a fact that FRAUD ONLY NEEDS TO BE PROVEN ONCE; and that,
>
> > i. See attached exhibit "May 9th evaluation"
> >
> > ii. See attached exhibit "Work Pay sheet"

27. A fortiori, is it not a fact that Ms. Jeralee Sousa did so willing and knowingly falsifies documentation to mislead, misrepresent with the intent to deceive, by signing the Principal's name; and that

> r. Is it not a fact that Ms. Sousa committed a crime which could be punishable by law; and that
>
> > i. See attached exhibit "May 9th evaluation"

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

ii. See attached exhibit "Guest Teacher Handbook" (page regarding Guest Teacher Evaluation)

iii. See attached exhibit "Work Pay sheet"

28. A fortiori, Is it not a fact that Ms. Jeralee Sousa discriminatory actions resulted in the premature cancellation of Anwar's Guest Teacher's contract[48]; and that

s. Is it not a fact that Anwar suffered economically as a result of not having contractual work; and that

t. Is it not a fact that Anwar was scheduled to work, and could have continued to work through the end of the school year; and that

u. Is it not a fact that Anwar moved to Monroe, Louisiana to work as a result of this matter; and that

i. See attached exhibit "Affidavit of Facts from Jackie Relyea"

29. A fortiori, is it not a fact that Ms. Sousa in her discredable discriminatory doings, HAS BEEN removed from her post as secretary of Cesar Chavez High School, and may be under investigation by the District; and that

30. Is it not a fact that Mr. Anwar did apply for several open positions during the 2010-2011 school year; and that

31. Is it not a fact that Mr. Anwar was informed that he would receive an interview; and that

32. Is it not a fact that Mr. Anwar did not interview for any of the positions; and that

33. Is it not a fact that Mr. Anwar is highly qualified, certified and licensed to Teach; and that

i. see Copy of Arizona Teacher's license.

34. A fortiori, is it not a fact that The District did give personal private information away; and that

v. Is it not a fact that personal private information is covered under HIPPA regulations; and that

35. A fortiori, is it not a fact that this action violates Federal HIPPA regulation[49] regarding personal information; and that

w. Is it not a fact that that Ann Miles, teacher at South Mountain High School was put under investigation for HIPPA violations for discussions about a student or students; and that

---

[48] See exhibit "Letter from Juvanal Lopez"
[49] Title 42, USC 1320 d and 45 CFR 160-164. (HIPPA)

x. Is it not a fact that the giving away of social security numbers of personnel and their dependents is equally or a greater violation than discussion about a student's grades etc. information; and that

36. A fortiori, is it not a fact that PUHSD ET AL was contact regarding this matter; and that

y. Is it not a fact that Anwar communicated his concerns regarding his, as well as others, personal private information being given away or sold, and that

37. Is it not a fact that there was no reply regarding my concerns that my personal private information had been sold, bartered, or otherwise disseminated, nor my Rights to privacy in general, had been violated; and that

38. A fortiori, Is it not a fact that The District prematurely canceled/terminated, or otherwise broke Mr. Anwar Guest Teacher's contract based upon a misrepresentation of material facts; and that

z. Is it not a fact that the District broke its own policy's, by allowing an evaluation based upon falsified information from an unqualified evaluator, is also complicit in the fraud that has occurred, see forged signature, fraudulent evaluations, and letter from Juvanal Lopez terminating/cancelling or otherwise prematurely breaking Anwar's Guest Teacher Contract; and that

aa.    Is it not a fact that the above offenses constitutes a discriminatory acts that violates Anwar's Rights; and that

i. See attached exhibit "Affidavit of Facts from Jackie Relyea"

iv. See attached exhibit "May 9th evaluation"

v. See attached exhibit "Guest Teacher Handbook" (page regarding Guest Teacher Evaluation)

vi. See attached exhibit "Work Pay sheet"

39. A fortiori, Is it not a fact that PUHSD ET AL, were contacted regarding these discriminatory action; and that

bb.    Is it not a fact that The District, Juvenal L. Lopez and Kent Scribner, lack of response show further complicity in the discrimination of Anwar; and that

40. A fortiori, Is it not a fact that Kent Scribner, being the Superintendent of PUHSD, is the OVERALL responsible party in this Action; and that

aa. Is it not a fact that Kent Scribner's non acta e verba (lack   of action and verbal response) lead to the current Action; and that,

FIAT JUSTITIA RUAT CAELUM                          Page 32 of 83
*Let justice be done though the heavens fall.*

41. Is it not a fact that Constitutional violation, Civil Right, Human Rights, and USC title 18 section 241 and 242 violation/encroachments/trespass ET al are felony crimes; and that

42. Is it not a fact that As a result of this discrimination, I have suffered professionally, personally, financially; and that

43. Is it not a fact that my family has suffered as a result of these actions in that I had to move out of State to Monroe, Louisiana to earn monies; and that the separation from my family has done damage, physically, mentally, spiritually, and financially; and that

44. A fortiori, Is it not a fact that Anwar sent PUHSD ET AL a Bonifide Claim Presentment  on or about the 21st day of June; and that

   bb. Is it not a fact that the said Presentments were not answered; and that

   cc. Is it not a fact that the non-response/non-performance of said Presentment45 is Implied Acceptance; and that

   dd. Is it not a fact that due to the non-response/non-performance PUHSD ET AL thus dishonored25 said Presentment45 UCC 3-503 & 3419, HJR 192,0 ARS 47-3502; and that

      i. See attached exhibit "Mailing Receipts"

45. Is it not a fact that a second notice, an amended Presentment under Notary Protest "Notice of Dishonor25" due to prior non-response/non-performance presented under Notary Seal entitled, "Amended Affidavit of Damages Criminal Complaint and Affidavit Notice of Claim with an Opportunity to Cure," was sent via certified mail to PUHSD ET AL on or about the third day of July 2012 AD; and that

      i. See attached exhibit "Mailing Receipts"

46. Is it not a fact that said amended Presentment was received and signed for by "Ruby D" a/k/a "Ruby Duenas on the fifth day of July 2012 AD;" and that

      i. See attached exhibit "Mailing Receipts"

47. Is it not a fact that said Presentment was not answered, which PUHSD ET AL are now in default; and that

48. Is it not a fact that a third and final notice, sent via certified mail under Notary protest entitled, "NOTICE OF DEFAULT AND DISHONOR WITH A FINAL OPPORTUNITY TO CURE," was sent on or about the twelfth day of July 2012; and that

      i. See attached exhibit "Mailing Receipts"

49. Is it not a fact that said Final Notice was received and signed for by "Ruby D" a/k/a "Ruby Duenas," on the 13th day of July 2012 AD; and that

FIAT JUSTITIA RUAT CAELUM                    Page 33 of 83
*Let justice be done though the heavens fall.*

i. See attached exhibit "Mailing Receipts"

50. Is it not a fact that the Final Notice was unanswered, placing PUHSD ET AL in Default and Dishonor of the aforementioned Presentment; and that

51. Is it not a fact that on or about the nineteenth day of July, Anwar sent via certified mail a Notary Protest Certificate, "CERTIFICATE OF DEFAULT AND DISHONOR," to PUHSD ET AL; and that

i. See attached exhibit "Mailing Receipts"

52. Is it not a fact that on or about the twentieth day of July, Anwar filed this complaint with Maricopa County Superior Courts; and that

53. Is it not a fact that all parties were properly served this complaint; and that

54. Is it not a fact that, copies of the Affidavits of Damages were sent via USPS certified mail to Thomas Horne in the office of the attorney General's Office

i. See attached exhibit "Mailing Receipts"

55. Is it not a fact that, to break one's own policy and procedure is discriminatory; and that

56. Is it not a fact that, to forge a signature is Fraud, which is also discriminatory; and that

57. Is it not a fact that, any crime against any person is a form of discrimination, because by nature no one else is or has been, subjugated, subjected and suffered the ills of being violated, safe for the victim of said allege offense; and that

58. Is it not a fact that, Anwar has been discriminated against, as he is the victim of fraud, forgery, break Policy and Procedure, Genocidal practice (depriving Anwar of his fundamental Right to life, liberty, property, and the pursuit of Happiness et al); and that

59. Is it not a fact that the above actions by PUHSD ET AL constitutes DISCRIMINATION; and that

60. Is it not a fact that Anwar's professional, social, and economic life has been defamed and discredited, without just cause, bonifide proof; and that

If the above A fortiori Restatement of Facts be true, than I demand Remedy, speaking with the utmost deference to ALL parties and participants in the matter.

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

CONCLUSION OF RESTATEMENT OF THE FACTS

If it were not for the above offenses, Anwar would not have suffered economically, emotionally, socially, and professionally. The relationship that exists between various institutions/departments within PUHSD is the proverbial "good ole boys club," this in and of its self is not a bad relationship. However, when this relationship is used in commission of a crime or offense against another, and the cover-up thereof, the relationship then ceases to be okay, and now becomes caustic and has caused damage people; in this matter at hand, Anwar has been damaged.

All parties, PUHSD ET AL, have been properly served Presentments (Affidavits of Damages Criminal Complaint and Affidavit Notice of Claim with an Opportunity to Cure) and have been fully informed of the criminal controversial activities of discrimination against Anwar, then the conspiracy to cover-up the fraud, felony, forgery, and discrimination against Anwar. Complaints were sent to PUHSD ET AL as well as EEOC, (Equal Employment Opportunity Commission). The ignoring of the Presentments has brought about the filing of this matter with the courts. These presentments were sent in accordance with UCC 3419 and HJR 192 et al applicable laws. All Affidavits, via commercial maxims, "Stand as truth in commerce and truth in judgment!" Default judgment has already been rendered by Notary Presentment.

The evaluation conducted by Jeralee Sousa is Fraudulent, due to the fact that the evaluation was conducted by incompetent evaluators, which breaks PUHSD Guest Teacher Policy and Procedure under "Guest Teacher Evaluation." Mrs. Sousa contains no Teaching degree, possesses no Administrative certificate, possesses no certificate of Teacher evaluation Training, she was not hired to be an Administrator or Teacher. Additionally, the evaluation was conducted on a day in which Anwar was not working. It is unbelievable impossible and incredible to conduct an evaluation on a worker, if the worker is not at work, or if one is not evaluated while working. Yet, PUHSD ET AL believes, supports, condone, and or otherwise aids and abets this behavior, and then conspired and cohobated in covering up these offenses. Additionally, Jeralee Sousa forged the signature of a qualified evaluator and forged the signature of her Supervisor/Principal Scott Gayman. To be evaluated by one's subordinate is humiliating and demeaning, and then to have my livihood taken away as a result thereof, which break the policy and procedure.

Lastly, when Consuelo Nava opted not to write an accurate evaluation, her carelessness, discrimination, vexation, and ego were revealed. How can Anwar lack content knowledge, when he has five years of verifiable evaluations of Good standing, a degree in the subject matter and a Master's Degree in teaching said content, a certificate/license to teach said content, previous five years of continual progressive contracts to teach the content within PUHSD, letter of recommendation from Assistant Superintendent that verify the passion, dedication, skill, and knowledge that Anwar possesses. How could it be conceivable that after tirelessly working to acquire two Master degrees to support his Undergraduate degree in Biology, and having taught for five years the very subject matter in question; it is inconceivable, implausible, incomprehensible, and incredible to

believe that Anwar became dumbfounded and was drained of all the knowledge, years of training, degrees earned, and years of use of said knowledge.

Anwar has NEVER HAD a bad evaluation regarding his Teaching, so to assume that after teaching the very subject in question (Biology) that Anwar somehow has forgotten all of the knowledge and training that he received throughout his years of schooling and practice. It is preposterously illogical for one to believe that a scholar, who has mastered his craft (two Master Degrees), save for debilitating incapacitating injury, would suffer from such incredible amnesia, that is being claimed by Consuelo Nava, and aided and abetted by the other parties involved. After having worked with PUHSD for greater than four years, with NO, bad evaluation, how could anyone believe such as concocted fable, as being perpetrated by the PUHSD ET AL, see exhibit "Previous Teacher Evaluations." So, how it that PUHSD, missed the complete misrepresentation of Anwar in the Evaluations that were conducted. Not forsaking the fact that Anwar contacted PUHSD ET AL numerous times to resolve the matter, to no avail! The only correspondence that Anwar has received from PUHSD ET AL, is the letter of Termination with the evaluation used as justification for said action. This letter was sent by Juvanal Lopez, see exhibit "Letter of Termination and the evaluations from 5/3/11 and 5/9/11, remembering that on 5/9/11 Anwar was not at work to be evaluated. The fraud and forgery offenses committed are the root cause of the damage to the Rights of Anwar and discrimination thereunto.

The only logical answer for the lack of correction is that what has been presented against Anwar is Fraudulent. This has surely damaged Anwar's name, meaning personal, professional and economically self/reputation of Anwar, the results of which are genocidal in their results and discriminatory in its business practices. The only the explanation given as to why my contract was breached was due to fraudulent activities. No work means no food or shelter; which means no life!

In the pursuit of obtain other contract work, one of the questions that are asked is have you ever been terminated from employment, if Anwar were to answer that question to the negative, Anwar would be committing fraud! When asked for references, for teaching position. Anwar only has previous teaching experience with PUHSD, so how can Anwar, in good faith, rely on a good recommendation from his immediate Supervisor, which is the Principal—in this case it would be Scott Gayman, when Anwar's immediate Supervisor allowed, condoned, supported, aided and abetted, and conspired to cover-up the fraudulent actions that were perpetrated on Anwar, by Scott Gayman's Secretary and himself. I have often wondered why I have not received any offers to work, despite vigorously applying for positions, at this present I am still uncontracted, and unable to earn monies. Scott Gayman, including PUHSD ET AL, is responsible for the stagnation of Anwar's career; see previous evaluations as to the knowledge and ability of Anwar in the classroom. This issue has nullified all the years of education, teaching, and training that made up the career of Anwar. Yet when Anwar in good faith makes numerous attempts to correct the wrong that was done, He received no replies.

This situation is tenement to the delivery guy evaluating the manager of a particular business, regarding managing the business, and then manger is fire

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE

צדק (Justice) , חופש (Freedom) , שלום (Peace) , אמת (Truth) , אהבה (Love)

All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

without because of that evaluation, or a dental assistant evaluating a Dentist on his procedure and then having his practice close because of a bad evaluation, or a staffer evaluating a Senator or Congress person on the effectiveness of a proposed Bill, and then being impeached as a result thereof because of said evaluation. Or, a Judge being evaluated by the Bailiff on legal standing and renders the Judge incompetent, which has the Judge removed from the bench because of the evolution of the Bailiff. To add to the scenarios, remember these individuals were evaluate on their day off, signed off by a person who is OBVIOUSLY unqualified and then forge the name of the Supervisor of the person being evaluated. Lastly, the results of evaluations themselves are ignorant and do not hold any creditability and are supported only by the Honor, or lack thereof the evaluator, see certificate of Default and Dishonor. Let's see how well that would go over with ANY professional, laborer or the like on Earth for that matter? This type of idiocy harkens to one of the 1990 Black-ploitation[50] films, "Friday," where the main character, "Craig," is fired on his day off for allegedly stealing empty boxes! This matter is equally as absurd, for I enjoy a good film like the next person, however, I would rather not have my life imitate Art.

The individuals involved thus far have proven themselves to be incredible, Anwar hopes that they ALL find the time to answer the Facts, other than allegation, against PUHSD ET AL.


LAWS BROKEN FROM THE ABOVE ACTIONS

Gods Laws / Commercial Maxims:

1. A WORKMAN IS WORTHY OF HIS HIRE. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. Legal maxim: "It is against equity for freemen not to have the free disposal of their own property;" and that

   a. Is it not a fact that Anwar has been deprived of the Right to Teach, by being told that the responsibilities of a Guest Teacher is to (paraphrasing)"take attendance and monitor behavior, it is not to Teach;" and that

2. ALL ARE EQUAL UNDER THE LAW. "Equality before the law" (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1;17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No one is above the law;" and that

   a. Is it not a fact that Anwar made several attempts to rectify the errors committed by PUHSD ET AL; and that
   b. Is it not also a fact that ALL of Anwar's Presentments went unanswered; and that

---

[50] Hollywood denotation of films that are centered on Moors being the main character, the films are usually over exaggeration of stereotypes of ALL peoples.

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

3. TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT. (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12); and that

    a. Is it not a fact that Anwar sent Affidavits to PUHSD ET AL; and that
    b. Is it not a fact that ALL of Anwar's Affidavits/Presentments went unanswered; and that
    c. Is it not a fact that Anwar made several attempts to contact, communicate or otherwise Present information that has not been answered; and that

4. HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT. (Book of Job; Mat. 10:22);" and that

    a. Is it not a fact that Anwar sent Affidavits to PUHSD ET AL; and that
    b. Is it also not a fact that ALL of Anwar's Affidavits/Presentments went unanswered; and that
    c. Is it not a fact that Anwar made several attempts to contact, communicate or otherwise Present information that has not been answered; and that

5. SACRIFICE IS THE MEASURE OF CREDIBILITY (Acts 7, life/death of Stephen); and that

    a. Is it not a fact that the Presentment sent to PUHSD ET AL as unlimited commercially liable documents; and that
    b. Is it not a fact that Anwar stated in the Presentment that, "If you wish not to honor these Notices, I am more than willing to let this instrument to speak for itself, the results of which include, but not limited to, Lien, forfeit, and foreclosure of ALL real, deeded/titled, and equitable properties[3];" and that

    c. Is it not a fact that Anwar is swearing to His creator, Yahweh, The Most High, that all of the above mentioned and below to be mentioned are the truth, the whole truth as to the best of Anwar's knowledge, and nothing but the truth as to the best of Anwar's knowledge, and that Anwar so too attest the Facts under the penalty of perjury of the laws of the land; and that

CONSTITUTIONAL SUPPORTED RIGHTS THAT WERE VIOLATED ACTUS REUS

Constitution for the united states of America[51] and the Constitution for the Republic of Arizona (Arizona Constitution).

1. Preamble (uS)/Article 2 Section 1 (Az):
      i. Denied of fundamental principles; and,
     ii. The denial of one principle is the denial of the all (A Work Man is Worth His Hire)
2. Preamble (uS)/Article 2 Section 1 (Az):

---

[51] See photo copy of Organic constitution for the united states of America 1784

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צדק (Justice) , חופש (Freedom) , שלום (Peace) , חתת (Truth) , אהוב (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

    i. Denied right of Life ("A Work Man is Worth His Hire,"); and that,

3. Preamble (uS)/Article 2 Section 1 (Az):
    i. Denied right of Liberty ("All is equal under the Law); and,

4. Preamble (uS)/Article 2 Section 1 (Az):
    i. Denied right to liberty to acquiring property through the denial of work, (Guest Teacher contract was prematurely cancelled prior to the maturation of said contract); and that,

5. Preamble (uS)/Article 2 Section 1 (Az):
    i. Denied right of possessing property through the denial of work, (Premature cancelation of Guest Teacher contract); and that,

6. Preamble (uS)/Article 2 Section 1 (Az):
    i. Denied right to liberty to "the pursuit of happiness" (Threatened to modify my Guest Teacher's contract without due consideration, CANCELING contract); and that,

7. Preamble (uS)/Article 2 Section 1 (Az):
    i. Denied right to pursuit of happiness ("A Work Man is Worth His Hire); and that,

8. Preamble (uS)/Article 2 Section 2 (Az):
    i. Denied right to liberty to political power that is to protect individual rights (All are Equal under the Law); and that,

9. Preamble (uS)/Article 2 Section 2 (Az):
    i. Denied right to liberty to redress of grievances (Failure to answer Presentments sent to PUHSD.); and that,

10. Article I Section 10 (uS):
    i. "No State….grant Letters of Marque…emit bills of credit….[OR LAW IMPAIRING THE OBLIGATIONS OF CONTRACTS i.e. Presentments]; and that,

11. Article VI Section 2 (uS):
    i. All treaties are the Supreme Law of the Law (violation of the Treaty of Marrakesh a/k/a Moroccan Peace and Commerce Treaty, a/k/a Moroccan Peace and Amenity Treaty 1787)(By breaking my constitutional rights you have also broken my right to contract); and,

12. Article[V](uS)/ Article 2 Section 2.1(Az):
    i. Denied right of defense witnesses (Failure to reply to the Presentments); and,

13. Article[V](uS)/ Article 2 Section 2.1(Az):
    i. Denied right of reasonable defense (The fraudulent misrepresentation of material facts presented by PUHSD); and,

14. Article[V](uS)/ Article 2 Section 2.1(Az):
    i. Denied right to confront accuser, injured or damaged party. (Complainant Affiant is the injured party by an undocumented, unproven claim against the Complainant Affiant by a foreign agent and not permitted to address such false documentation/Denied Due process of Law.); and,

15. Article[V](uS)/ Article 2 Section 2.1(Az):
    i. Denied right of due process (Same as above (SSA)); and,

16. Article[V](uS)/ Article 2 Section 2.1(Az):
    i. Denied right of equal protection (SSA); and

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

17.    Article[VI](uS):
    i.   (Denied the right to have witness testify in my favor); and

18.    Article[VI](uS):
    i.   (Denied the right to face my accuser);and

INTERNATIONAL LAWS TO SUPPORT RIGHT OF INDIGENOUS PEOPLE[52]

"Supremacy Clause" See Article VI Section 2 of the Constitution of the united
    States of America and Article 2 section 3 of the Arizona Constitution.

19.    International Declaration of Human Rights[53]

    i.   Preamble, inherent Right to Dignity
    ii.  Preamble, inherent Right to Equal and inalienable Rights
    iii. Preamble, inherent Right to Freedom
    iv.  Preamble, inherent Right to Justice
    v.   Preamble, inherent Right to have Peace
    vi.  Article 1, 2, 3, 6, 7, 12, 13, 14, 17, 18, 19, 23, 26, 27, 28,
        29, 30

20.    International Right of Indigenous Peoples[54]

    i.   Article 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17,
        18, 21, 23, 28, 33, 34, 36, 40, 43, 44, 46

21.    Declaration of the Rights of the Child[55]

    i.   Principle 5, 6, 7, 8, 9, 10

22.    CONVENTION on Rights of the Child[56].

    i.   Article 14
    ii.  Article 26
    iii. Article 30
    iv.  Article 31

23.    Moroccan Peace and Amenity Treaty a/k/a Treaty of Marrakesh a/k/a
    Treaty of Morocco[57].

    i.   Article 14
    ii.  Article 15
    iii. Article 21
    iv.  Article 25

Codes, Statutes, Policy and Procedure

24.    United State Code (USC) violations:
    a[58] 18 USC § 241 Conspiracy Against Rights

---

[52] See exhibit 1 and  exhibit "Declaration of Historical Facts and Understanding"
[53] See  Attached copy of Declaration of Human Rights.
[54] See  Attached copy of International Right of Indigenous Peoples
[55] See attached copy of Declaration of the Rights of the Child
[56] See attached copy of CONVENTION on Rights of the Child
[57] See attached copy of  Treaty of Marrakesh a/k/a Treaty of Morocco a/k/a Moroccan Peace and Amenity Treaty
[58] **18 USC § 241** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צדק (Justice) , ש חופ (Freedom) , שלום (Peace) , אמת (Truth) , אהבה (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all
times. UCC 1-307

     i. Using deceptive business practices
b[59] 18 USC § 242 Deprivation of Rights under the Color of Law
     ii.Using deceptive business practices.
c[60] 18 USC § 1001 Misstatement-Fraud (A) 1, 2, 3
     iii. Fraud, Forgery, using deceptive/deprivative business
     practice
d[61] 18 USC § 495 Falsifying writing forgery
e[62] 18 USC § 1038 Falsifying information
g. 18 USC Chapter 13 - CIVIL RIGHTS violations
h. Title 42, USC 1320 d and 45 CFR 160-164. (HIPPA violation)
I. Title 18 USC 3571 Fines for crimes

**25.**    Arizona Revised Statue (ARS) violations:

    A. ARS   47-5109 Fraud and forgery
    B. ARS   47-2A501 B Default; procedure
    C. ARS   47-2A505 (D)Default
    D. ARS Title 13, Chapter 1, Article 13-121
       a. (Equal protection, "Equality before the law")
    E. ARS Title 13, Chapter 2, Article 13-201
       a. (Equal protection "Equality before the law")
    F. ARS Title 13, Chapter 8, Article 13-822
       a. (Criminal Enterprise)
    G. ARS Title 13, Chapter 8, Article 13-823
       a. (Dangerous and Repeat Enterprise Offenders)
    H. ARS Title 13, Chapter 22, Section 2202 A
       a. (Deceptive Business practices)
    I. ARS Title 13, Chapter 29, Article 2921
       a. (Harassment)
    J. ARS 47-3501 Presentments
    K. ARS 47-3502 Dishonor
    L. ARS 47-3503 Notice of dishonor
    M. ARS 47-3505(B) Evidence of Dishonor
    N. ARS Title 13, Chapter 8, Article 13-801 criminal penalty
    O. ARS 47-7502 Rights acquired by due negotiation (A)(1)(3) &
       (B)(1)(2).

---

violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.
[59] **18 USC § 242** Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.
[60] **18 USC § 1001** - Statements or entries generally (a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—
(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation; or
(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.
[61] **18 USC § 495** Whoever falsely makes, alters, forges, or counterfeits any deed, power of attorney, order, certificate, receipt, contract, or other writing, for the purpose of obtaining or receiving, or of enabling any other person, either directly or indirectly, to obtain or receive from the United States or any officers or agents thereof, any sum of money; or
Whoever utters or publishes as true any such false, forged, altered, or counterfeited writing, with intent to defraud the United States, knowing the same to be false, altered, forged, or counterfeited; or
Whoever transmits to, or presents at any office or officer of the United States, any such writing in support of, or in relation to, any account or claim, with intent to defraud the United States, knowing the same to be false, altered, forged, or counterfeited—
Shall be fined under this title or imprisoned not more than ten years, or both.
[62] **18 USC § 1038** (1) In general.— Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking,

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צֶדֶק (Justice) , ש חופֿ (Freedom) , שׁלֹום (Peace) , חמת (Truth) , אהוב (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all
times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM                                    Page 41 of 83
*Let justice be done though the heavens fall.*

    P.  ARS 11-410 Destruction of Public Records (Non-response/non-
        performance of a Presentments)
    Q.  ARS 47-8105 Notice of adverse claim (Notice of Claim with
        Opportunity to Cure)

**26.**    Uniform Commercial Code

      i.  UCC 3-419 "Negotiable Instruments"
     ii.  UCC 3-104(a-f & j); NEGOTIABLE INSTRUMENT
    iii.  UCC 3-105 (a); NEGOTIABLE INSTRUMENT
     iv.  UCC 3-106(a-d) NEGOTIABLE INSTRUMENT
      v.  UCC 3-104(a-f & j); NEGOTIABLE INSTRUMENT
     vi.  UCC 3-503 NEGOTIABLE INSTRUMENT
    vii.  UCC 1-103 Supplementary General Principles of Law Applicable

**27.**    House Joint Resolution
      i.  HJR 192

**28.**    Phoenix Union High School District
      i.  Fraud, misrepresentation of material fact
     ii.  PUHSD Guest Teacher Evaluation Policy and Procedure
    iii.  Forgery
     iv.  Discrimination

**FRAUD NEED ONLY BE PROVEN ONCE!(FORGERY, MISREPRESENTATION OF MATERIAL FACTS WITH THE INTENT TO DECEIVE ET AL)**

REMEDY AN OPPORTUNITY TO CURE AD QUOD DAMNUM

    For the offenses/crimes committed against the Rights of Anwar, He seeks
full remedy, to which the following is an enumeration of each count against PUHSD
ET AL. was previously sent in Presentment, Certiorari, in accordance with UCC
34119 et al, to which a Notice of Claim with an Opportunity to Cure was sent
therein to the Defendant; which stated clearly in plain English language that **if
lawsuit is filed regarding this matter damages sought will be three times the
amount of original Notice of Claim (NOC) with an Opportunity to Cure**[63]; not
including punitive damages. Additionally, due to Notary Default Judgment, as a
result of PUHSD ET AL Default and Dishonor through their non-response/non-
performance of the aforementioned Presentment, consensus facit legem, He who does
not deny, admits, Anwar thus seeks Default Judgment against PUHSD ET AL and a
reward of the enumerated amount per the NOC, and in addition any punitive damages
that this Honorable Judge/court or jury should deem appropriate to levy against
the parties for damages. The court should note that Anwar did suggested PUHSD ET
AL to seek legal counsel if PUHSD ET AL was unaware of how to reply, despite
instruction being found within the Presentment.

Below is the newly derived enumeration of the offenses/crimes against Anwar's
Rights; and that

There are **18 counts** of high crimes (Constitutional violations) and **63 counts** of
International Law violation (Supremacy Clause) which equal **81 total counts** of

---

[63] See exhibit "Presentment"

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צדק (Justice) , שׁ חופ (Freedom) , שלום (Peace) , חמא (Truth) , אהוב (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all
times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

high crimes against Right and united states constitutional violations, which per **Title 18 USC 3571** is to be charged as Felony and fined $250,000, (Felony Constitutional violations) and $150,000 for actions charged as misdemeanors per count/action.

There are fourteen **(14)** counts of State of Arizona Constitutional high crimes/violation per **ARS Title 13, Chapter 8, Article 13-801** charges for Enterprise (a Corporation) that commit a felony, one million dollars ($1,000,000), For a class 1 misdemeanor, twenty thousand dollars ($20,000), For a class 2 misdemeanor, ten thousand dollars ($10,000), For a class 3 misdemeanor, two thousand dollars ($2,000), and For a petty offense, one thousand dollars ($1,000) per ARS violation, and fined $150,000 per count/action per ARS Title 13, Chapter 8, Article 13-801 for individuals.

**81 total counts** of united state constitutional Rights violation + **14 counts** of Arizona Constitutional Rights violations which equal **95 total counts** united states and Arizona constitutional Rights violation, which include International laws (via the Supremacy Clause); and that

**95 counts** of Constitutional supported Rights violations
**19 counts** of United State Code violations
**17 counts** of Arizona Revised Statutes violations
**7 counts** of Uniform Commercial Code violations
**1 count** of House Joint Resolution violations
**4 count** of PUHSD policy and procedure violations
**133 counts** of High Crimes Rights violation[64]

**Per ARS Title 13, Chapter 8, Article 13-801**

116 Felony x one million dollars = $116 Million Dollars
5 Misdemeanors x twenty thousand dollars = $100,000 Dollars
116 Felony x $150,000 dollars = $17.4 million dollars
**Per Title 18 USC 3571**

+ 116 Felony counts x $250,000= $29 Million Dollars

**$116.1 Million dollar[69] to $145.1 Million Dollars[69]** For PHOENIX UNION HIGH SCHOOL DISTRICT, and **$17.4 Million Dollars[69]** for each KENT SCRIBNER, SCOTT GAYMAN, CONSUELO NAVA, JERALEE SOUSA, ALVIN WATSON, JUVANAL LOPEZ) = **$104.4 Million dollars[69] = $220.5 Million Dollars[69] to $249.5 Million dollars** total[69], not including punitive damage to be considered by the Presiding Judge and/or jury of my peers[65].

I am willing to settle this matter under the following terms to save the face of PUHSD ET AL:

**Option 1.** Financial Compensation from PUHSD in the sum of three times the amount of the Amended Presentment[66] $142.33 Million Dollars x 3 = **$426.99 Million Dollars[67]** plus any damages that the Presiding Judge and/or jury additionally see

---

[64] If, I err in my enumeration, Anwar asks the court to assist him in any corrections with explanation as to the reason for the correction.
[65] Other fellow Indigenous Moorish American National
[66] See Affidavit Notice of Claim
[67] Article I Section 10, Coinage Act April 2, 1792, or any other Lawful/Legal tender as willing to be accepted by the beneficiary of said payment to be made in Silver, Gold, Silver certificates, or Gold or Silver coins, or any combination thereof per (Organic united States Constitution 1787), or British pounds or add additional $30 million dollars for use of Federal Reserve Notes, or any combination thereof, still adding $30 million dollars for the use of Federal Reserve Notes. The amount due is not to be converted into the currency of choice, but paid directly as it unit of measurement.

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צֶדֶק (Justice) , חופש (Freedom) , שלום (Peace) , אמת (Truth) , אהבה (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

fit to add. A Letter of apology to me from ALL parties for erring in judgment and illness of heart towards Girmar Anwar:Bey. I want a 7 year contract to train ALL the staff, meaning every district employee, in cultural competency, as well as a contract in equal years to give Multicultural lectures to ALL the students in ALL of the PUHSD schools. For staff Anwar bill at $1000 per hour for ten hours of training per person, divided into two five hour trainings modules, which can be conducted on or off site; all Student lectures are conducted onsite and are billed at $100 per child for three hours (Lectures are voluntary for students but encouraged by the staff, must have a minimum of 100 students per lecture). The other parties will pay into a scholarship fund ($150,000 each)administered through my company—AESI, for the students of South Mountain High School, Cesar Chavez and Betty Fairfax High Schools—for family's who have been economical, and socially discriminated against. ALL parties involved are to be formally reprimanded for their actions.

**Options 2.** Financial Compensation from PUHSD in the sum of the above enumerates claim **$220.5 Million Dollars**[69] to **$249.5 Million dollars**[69] total (ARS code added to USC code), for the high crimes against Rights, and Letter of apology to me from ALL parties for erring in judgment and illness of heart towards Girmar Anwar:Bey.

**Option 3.** Financial Compensation from PUHSD in the sum of **$144.0 Million Dollars**[69], which is approximately 60% of the above claim, plus all of the other terms within option 1. If no further contact is desired between the parties, then revert back to option 2.

**Option 4.** Financial Compensation from PUHSD in the sum of **$165.0 Million Dollars**[69], which is approximately 75% of the above claim, A Letter of apology to me from ALL parties for erring in judgment and illness of heart towards Girmar Anwar:Bey, plus Anwar's Full-time and Guest Teacher contract renewed, the Full-time position is to be accepted at Anwar's leisure (Anwar is obligated to inform PUHSD that he desires to work when there is an open position to which he is/will be qualified, this includes but not limited to Teaching and Administration). A Letter of apology to me from ALL parties for erring in judgment and illness of heart towards Girmar Anwar:Bey, otherwise revert back to option 1.

CONCLUSION

This action is not being done to punish, but to obtain remedy for the criminal damages/offense against Anwar. This erroneously odious behavior of PUHSD ET Al. must not go unchecked. Remedy is justly warranted for this matter. Education is my passion, as verified by Dr. Deborah Gonzales PUHSD; it is a travesty that due to whatever circumstance that these events have occurred, but I do not believe that the parties have malice within their hearts, despite their questionable judgment and offensive actions. Educators are in this profession for the love of knowledge and how it can transform a person. I love the excitement of students discovering new and exciting information that has a positive impacts their lives. Students have the inherent right to receive education, not abusive educators (which include Administrators) who are being egotistical, and not ethical and moral.

Though this matter is serious, the underlining issue is an socio-economic political and moral—which is even more so; that it is, do we TRAIN (teach) our students to perform tasks, or do we EDUCATE our students so they can think, do for themselves and that they may transform the world into something new. Many of those in the education field falsely believe that they are the conveyers of

FIAT JUSTITIA RUAT CAELUM
*Let justice be done though the heavens fall.*

knowledge, and it is at their fountain that one must receive the quenching taste
of knowledge; where the teacher is a cravat full of water and the students but
empty glasses. This relationship was based upon power, it is but a mirror image,
microcosm, of the lager world, universe etcetera. Those with knowledge had all of
the power, in general this was true at one point in history, but not now!
Students have at their very fingertips weapons of mass ego-destruction, the
internet. Daily challenges to information are fielded by Teachers and Educators.
This technology has been the great equalizer of power in many industries,
education is no different, students are armed daily with information that
directly contradicts some of what is being written about in textbooks. As an
Educator, I have no need of a book, I need several hundred books, plus video
etc., to make sure that what I am discriminating to students is of the greatest
quality and correctness, and not watered down factoids, that change with volumes.

In order to survive as a nation, not individually, there must be some of both to
give a holistic education to the students of this Nation/State of Arizona and the
Continental Americas/United States of America. However, due to extraneous
circumstance in education, the stress of Standardized Testing, NCLB, (No Child
Left Behind et al, aptly known as "Educational Reform) has swung pendulum too far
to the side that focuses strictly on "standardized test," and has forsaken our
students for quick results, which has not improved the American students from the
middle to last position in the **world** in Math and Science.

Consider this, if the information in the textbooks are out dated, and this goes
across all socio-economic strata, and Administrators are pressuring Teacher about
test score, so teachers then focus more or factoids which are derived out of said
textbooks, and not conceptual learning. Textbooks should be obsolete and teacher
should teach strictly from the internet! How on Earth are American students going
to catch up with the rest of the world, when American Educators are forcing
students to learn information that is outdated and does not require them to place
the information in self and community context, which could foster greater desire
to know the information. Unfortunately, information is being taught as if the
information is static and isolated from other subject matters, and that the
"truth" will not change. This insatiable need to focus on Standardized testing
will cause the ultimate demise of Education system, Public Education more
specifically. There are already signs of this occurring, all one has to do is
look at the Charter school movement. Public school is desperate to keep students
this is why the Public school system offers specialty programs like: IB, Honor
and Advance Placement, and display the school Annual Yearly Progress (AYP) score
et al, is to attract students to their perspective institutions. And if the
school has not made Annual Yearly Progress, then the school/school district,
loses out on monies to "effectively" educate students; thereby placing more
emphasis on progressive looking scores and programs, all the while doctoring the
dropout rates, through fancy reclassifications that would make any Certified
Public Accountant (CPA) proud. These false statistics gives a false appearance of
decrease in dropout rate, and an increase in graduate. This is basic math, by
decreasing/removing/reclassifying those who are bringing the overall statistic
down, by natural results will give the appearance of an increase the number that
stabilize or bring the statistic up. Revisit Houston Independent School System
during the Bush Governorship Administration and during his Whitehouse
Administration, Houston Independent District "cooked their books."

One can begin to see increase to epidemic proportion in dropouts, which
has/will cause an economic strain on the economy; social scientist,
criminologists are well aware that when there are little to no jobs, the crime
rate goes up: i.e. Chicago, Illinois, is Phoenix next, or Los Angeles, or New

York? Why do one think so many jails are being built? Crime has to have a root, it is not just a random occurrence, for every action there is an equal and opposite reaction, fraud was committed against Anwar, and not the suit is being filed for the actions that Anwar took to remedy the matter.

This is the dilemma that PUHSD ET AL, and all educators and teachers, are faced with. But to summarily deny children information because one is economically unstable is not fair to the child and deny the child of his/her fundamental right to education, which EVERYBODY believes is the foundation to a good life. To manipulate teachers for whatever outside of business purpose is not to be tolerated. These are moral issues that tug at the fabric of our society. If PUHSD ET AL is willing to commit these offenses against Anwar, these questions should be examined, what other types of offenses are being committed, not just against staff, but against students as well, that go unchallenged? How many people/students have rolled over and allowed PUHSD ET AL to inflict its abuse upon them? This court can, and should send a clear and direct message to Corporations that, "the people are not to be abused by corporate entities, and Corporation will be respectful of peoples inherent Rights, or you, the corporations, will pay in triplicate for your (corporate) abusive behavior."

In knowing that corporations, although considered citizen via the 14th Amendment, cannot suffer the monotony of incarnation, social embarrassment, worrying about paying for food, or rent et al; therefore, the only way for a corporation to atone for its ills, and experience what natural persons experience as a result of discrimination, financial worries, and other violation of Rights, the only way is through financial compensation. Considering the fact that monies that are judged against PUHSD ET AL will not be paid out of its budgetary monies, which will not impact students, so a STRONG judgment against PUHSD ET AL should and has to be clear and convincing, like a Luciano Pavarotti performance at the Sidney Opera house, this message must reverberate to the rafters, so that this will never happen again at any institution. Additionally, I, through my business, would be will to conduct Audits on PUHSD ET AL to ensure that they are in complete compliance with its own policy and procedure and Civil Rights laws, especially regarding Indigenous peoples.

Parties have already been given the same information that have been presented herein, and that all of the information went without response or performance. Be it known that by Notary Protest, Default judgment has been rendered against PUHSD ET AL due to non-response/non-performance. The exact same information has been presented herein, were previously presented in Presentment to PUHSD ET AL.

Anwar would like to caution this court of potential legal delays and maneuvering by PUHSD ET AL. Aside from the standard 20 days to reply to this complaint, PUHSD ET AL, were already given better than the same prior to this matter and should not be granted any additional time and should be held to the court's standards in replying to this complaint; keeping fresh in the mind that numerous attempts and reminders were sent to PUHSD ET AL to resolve this matter, which to this date has still gone unanswered. Therefore, any petition for additional time should be rejected in full.

If ANY of the Parties, or ANY PERSON here upon the Earth / Terra, that should find the information presented herein to be in error, I conditionally accept ALL offer on proof and presentation of a bonifide claim/or contradiction to the information that has been presented herein, subscribed on with the signature of the commercially responsible party in accepting full unlimited commercial liability, in accordance with UCC 3419 and HJR 192 et al. **An Affidavit for an Affidavit,** "Sacrifice is the measure of love." I am willing to sacrifice all that

FIAT JUSTITIA RUAT CAELUM

*Let justice be done though the heavens fall.*

I am, and possess, to have the truth revealed and receive my just remedy. I have been damage, I was forced to accept a job in Monroe, Louisiana as a result of not working here in Phoenix, due to the fraud and the repercussion thereof. Anwar was the one who had to leave his wife to care for our son and her mother who is suffering from Alzheimer's and dementia; to which a month ago, my wife was hospitalized due to the overwhelming stress. My family has too been damaged.

Parties HAVE 20 DAYS TO REPLY! Shalom/Islam/Peace be unto those who follow, and do not stray from, the Right path! And that, this ENTIRE complaint including exhibits are included in this Affidavit of Complaint against PUHSD ET AL.

# EXHIBITS

## Included within this Affidavit of Damages Complaint

AFFIDAVIT OF FACTS AND COMPLAINT WITH AN OPPORTUNITY TO CURE
צדק (Justice) , חופש (Freedom) , שלום (Peace) , אמת (Truth) , אהבה (Love)
All Rights, Rules, Remedies and Defenses Retained and Reserved, Never Wavered, at all times. UCC 1-307