IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Girmar Anwar,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Phoenix Union High School District, Kent Scribner, Scott Gayman, Consuelo Nava, Jeralee Sousa, Alvin Watson, Juvanal Lopez,<br><br>　　　　　　　Defendants. | No. CV-12-01637-PHX-NVW<br><br>**ORDER** |

Before the Court is Defendants Phoenix Union High School District (PUHSD) and Dr. Kent Scribner's Motion to Dismiss (Doc. 12) and the Response. The Amended Complaint (Doc. 7) was filed in response to the Order to Show Cause of September 10, 2012 (Doc. 5), but the Amended Complaint does not cure the deficiencies addressed in the Order.  Accordingly, Defendants' Motion to Dismiss (Doc. 12) will be granted on its merits.  All of Plaintiff's actual or proposed complaints (Doc. 1, 7, and 8) are unintelligible and nonsensical.  Since Plaintiff has not sought leave to further amend and has had ample opportunities to plead a sufficient claim, and since it is apparent from the circumstances that he cannot plead a sufficient claim, the action will be dismissed with prejudice.  In light of the further fact that the deficiencies apply as to all Defendants, the entire action will be dismissed.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS THEREFORE ORDERED that Defendants PUHSD and Dr. Scribner's Motion to Dismiss (Doc. 12) is granted.

IT IS FURTHER ORDERED that the Clerk enter judgment dismissing this action with prejudice.

Dated this 6th day of November, 2012.

_____
Neil V. Wake
United States District Judge